4

United States District Court
Southern District of Texas
FILED

SEP 09 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, | § | |
| Individually, and as Next Friend of | § | |
| JEREMIAH S. RAMIREZ, a minor, | § | Civil Action No. 03-CV-155 |
| | § | |
| *Plaintiff,* | § | JURY DEMAND |
| | § | |
| VS. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

### MERCK & COMPANY, INC.'S
### SUPPLEMENT TO NOTICE OF REMOVAL

Defendant Merck & Co., Inc. ("Merck"), hereby supplements its Notice of Removal, filed with this Court on September 3, 2003, and would show the Court the following:

1.    A copy of a separate, written consent to removal by Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline is attached hereto as Exhibit "A." *See Brown v. Demco,* Inc., 792 F.2d 478, 481 (5th Cir. 1986).   This consent to removal was inadvertently omitted from Exhibit G to the Notice of Removal.

2.    Merck is informed and believes that all properly joined and served Defendants were served with copies of the Petition and Citation on or after August 18, 2003.

3.    This Supplement and the accompanying consent to removal are filed before the expiration of 30 days after the date any properly joined and served Defendant was served with a copy of the Petition and Citation, in accordance with 28 U.S.C. § 1446(b). *See Murphy Brothers, Inc. v. Michette Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

4.    Merck respectfully requests that this pleading and the accompanying consent to removal be included in the federal court file for this action.

Respectfully submitted,

BAKER BOTTS L.L.P.

By _____

Richard L. Josephson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

COUNSEL FOR DEFENDANT MERCK & CO., INC.

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)

2

## Certificate of Service

I certify that on this _8_th day of September 2003, I served the above pleading on all counsel of record by facsimile, First Class U.S. Mail, or certified mail, return receipt requested.

**Attorneys for plaintiffs:**
Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas  75201

Tim Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, Texas  75204

**Attorneys for defendant**
**Evans Medical Limited**
Peter C. Neger
Bingham McCutchen LLP
399 Park Avenue
New York, New York  10022
and
Amy DePippo
Timothy Stephens
Bingham McCutchen LLP
885 Third Avenue
New York, New York 10022

**Attorneys for defendant B.F. Ascher &**
**Company, Inc.**
Mitchell C. Chaney
Rodriguez Colvin & Chaney
1201 E Van Buren St.
Brownsville, Texas 78520

**Attorneys for defendant**
**Wyeth (f/k/a American**
**Home Products)**
Michael R. Klatt
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas  78767

**Authorized representative for defendant**
**American International Chemical, Inc.**
James Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas  77057

**Attorneys for defendant**
**Aventis Pasteur Inc., f/k/a Connaught**
**Laboratories, Inc., f/d/b/a Pasteur Merieux**
**Connaught**
Bradley S. Wolff
Swift, Currie, McGhee & Hiers, LLP
The Peachtree
Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238

R. Jo Reser
Davidson & Troilo
7550 W. IH 10, Suite 800
San Antonio, Texas 78229

**Authorized representative for defendant**
**Dolder**
Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland

**Attorneys for defendant**
**Eli Lilly and Company**
M. Scott Michelman
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas  77002-2911

**Attorneys for defendant**
**Smithkline Beecham Corporation d/b/a**
**Glaxosmithkline**
Jeffrey S. Wolff
Barclay A. Manley
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010-3095
and
Stephanie Smith
Stacey A. Martinez
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, Texas  78701-3271

**Defendant Eloisa T. Gonzalez, M.D.**
825 Lakeside Drive
Brownsville, Texas  78520

**Authorized representative for defendant**
**RPK Pharmaceuticals, Inc.**
Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida   32792

**Attorneys for Abbott Laboratories**
Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas  77002-4995

**Defendant Oralia T. Wells, M.D.**
825 Lakeside Drive
Brownsville, Texas  78520

_____
Richard L. Josephson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. _C A B_ - 03 -155 |
| AMERICAN HOME PRODUCTS CORPORATION, d/b/a WYETH, ET AL., | § § § | |
| Defendants. | § § | |

## DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE'S JOINDER IN AND CONSENT TO REMOVAL OF ACTION

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline files this joinder in and consent to Defendant Merck & Co., Inc.'s removal of this action from the 107th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By _____ By permission cjr

Jeffrey S. Wolff
State Bar No. 21865900
Southern District I.D. No. 1392
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

30537476.1

Ex A

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

Stephanie A. Smith
  State Bar No. 18684200
  Southern District I.D. No. 20008
600 Congress Avenue, Suite 2400
Austin, Texas  78701
Telephone:  512.474.5201
Facsimile:  512.536.4598

Charles Jason Rother
  State Bar No. 24013423
  Southern District I.D. No. 25742
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  713.651.5151
Facsimile:  713.651.5246


GARCIA & VILLARREAL, L.L.P.

Jose E. Garcia
  State Bar No. 07636780
  Southern District I.D. No. 3934
4311 North. McColl Road
McAllen, Texas  78504
Telephone:  956.630.0081
Facsimile:  956.630.3631