

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and As Next Friend of JEREMIAH S. RAMIREZ, a minor | * * * * | |
| VS. | * * | CIVIL ACTION NO. 03-CV-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH; et al. | * * | JURY DEMANDED |

## DEFENDANT B. F. ASCHER & CO., INC.'S
## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW B. F. ASCHER & CO., INC., one of the Defendants in the above entitled and numbered cause, and files this its Certificate of Interested Persons.

1. Defendant B. F. Ascher & Co., Inc.
2. Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, a minor
3. American Home Products Corpoation, doing business as Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederly Laboratories
4. American International Chemical, Inc.
5. Aventis Pasteur Inc.
6. Evans Medical Limited
7. Merck & Co., Inc.
8. RPK Pharmaceuticals, Inc.
9. Dolder
10. Eli Lilley and Company
11. Smithkline Beecham Corporation
12. Oralia T. Wells, M.D.
13. Eloisa T. Gonzalez, M.D.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
       Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Southern District No. 1918
       Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
B. F. ASCHER & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant B. F. Ascher, Inc.'s Certificate of Interested Persons was served upon all counsel of record, to-wit:

Mr. Ben C. Martin
Law Offices of Ben C. Martin
Attorneys at Law
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Mr. Tim Goss
Capshaw, Goss & Bowers
Attorneys at Law
3031 Allen Street, Suite 200
Dallas, Texas 75204

Mr. Michael R. Klatt
Clark Thomas & Winters
Attorneys at Law
Post Office Box 1148
Austin, Texas 78767

Mr. Richard L. Josephson
Mr. Paul R. Elliott
Baker & Botts
Attorneys at Law
One Shell Plaza
910 Louisiana, Suite 3000
Houston, Texas 77002-9934

Mr. James L. Ray
Daw & Ray
Attorneys at Law
4718 Westheimer, Suite 1750
Houston, Texas 77057

Mr. Bradley S. Wolff
Swift, Currie, McGhee & Hiers
Attorneys at Law
1355 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309-3238

Mr. Peter C. Neger
Bingham McCutchen LLP
Attorneys at Law
399 Park Avenue
New York, New York 10022

Ms. Amy DePippo
Mr. Timothy Stephens
Bingham McCutchen LLP
855 Third Avenue
New York, NY 10022

Mr. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez
Attorneys at Law
1101 Chicago
McAllen, Texas 78501-4822

Mr. M. Scott Michelman
Shook, Hardy & Bacon
Attorneys at Law
Chase Tower, Suite 1600
600 Travis Street
Houston, Texas 77002-2911

Mr. Jeffrey S. Wolff
Fulbright & Jaworski
Attorneys at Law
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095

Ms. Stephanie Smith
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701-3271

Rebecca Jo Reser
Davids & Troilo, P.C.
7550 W. IH 10, Suite 800
San Antonio, TX 78229-5815

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL  32792

Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, Texas 78520

Oralia T. Wells, M.D.
825 Lakeside Drive
Brownsville, TX 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of September, 2003.

_____
Mitchell C. Chaney