IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, | § | |
| Individually, and as Next Friend of | § | |
| JEREMIAH S. RAMIREZ, a minor, | § | Civil Action No. B-03-155 |
| | § | |
| *Plaintiff*, | § | JURY DEMAND |
| | § | |
| VS. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, ET AL, | § | |
| | § | |
| *Defendants.* | § | |

## ABBOTT LABORATORIES'
## RULE 7.1 CORPORATE DISCLOSURE

Abbott Laboratories states that it has no parent corporation and that there is no

publicly held corporation that owns 10% or more of its stock or other ownership interest.

Respectfully submitted,

BAKER BOTTS L.L.P.

By _____
Richard L. Josephson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

COUNSEL FOR DEFENDANT ABBOTT LABORATORIES

HOU02:952003.1

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX  77002
(713) 229-1460
(713) 229-1522 (fax)

### Certificate of Service

I certify that on this 15th day of September 2003, I served the above pleading on all counsel of record via facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

Richard L. Josephson

*10*

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VERONICA RAMIREZ,                         §
Individually, and as Next Friend of       §
JEREMIAH S. RAMIREZ, a minor,             §        Civil Action No. *B-*M-03-155
                                          §
            *Plaintiff,*                   §        JURY DEMAND
                                          §
VS.                                       §
                                          §
AMERICAN HOME PRODUCTS                    §
CORPORATION d/b/a WYETH, ET AL,           §
                                          §
            *Defendants.*                  §

## MERCK & CO., INC.'S
## <u>RULE 7.1 CORPORATE DISCLOSURE</u>

Merck & Co., Inc. states that it has no parent corporation and that there is no

publicly held corporation that owns 10% or more of its stock or other ownership interest.

Respectfully submitted,

BAKER BOTTS L.L.P.

By _____
        Richard L. Josephson
        Attorney-in-Charge
        State Bar No. 11031500
        One Shell Plaza
        910 Louisiana
        Houston, TX 77002
        (713) 229-1460
        (713) 229-1522 (fax)
        richard.josephson@bakerbotts.com

COUNSEL FOR DEFENDANT MERCK & CO., INC.

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX  77002
(713) 229-1460
(713) 229-1522 (fax)

## Certificate of Service

I certify that on this 15th day of September 2003, I served the above pleading on all counsel of record via facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

Richard L. Josephson

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SAN BENITO CONSOLIDATED          §
INDEPENDENT SCHOOL DISTRICT      §
                                 §
VS.                              §          CIVIL ACTION NO. B-03-047
                                 §
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR   §
AND INSURANCE CONSULTANTS, INC., §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC.         §

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SUR-REPLY**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**, and asks for Leave to file the attached Sur-Reply to Defendant, J. Allan Hall's, Reply to Response to Motion for Summary Judgment and Incorporated Brief in Support, and as grounds therefor, would show unto the Court as follows:

I.

J. Allan Hall's latest Reply and Brief not only addresses issues previously raised, but raises a new matter, and a new ground for summary judgment. Rather than just being a reply brief, it actually is an amended motion for summary judgment, raising a new issue to which Plaintiff has had no opportunity to respond. Plaintiff seeks leave to file the attached Sur-Reply, not to address any issue previously raised and addressed in Plaintiff's Response. Plaintiff only seeks leave to address the new issue.

II.

Beginning in Paragraph No. 20 on page 8 of Hall's Reply, Hall raises as an additional ground for summary judgment: The absence of justifiable reliance on Hall's misrepresentations. Without

specifically saying so, Hall in effect asks for summary judgment on the grounds that there is no fact issue concerning the absence of justifiable reliance. (See Hall's Response, Paragraphs 20 through 24.) Since this issue is new, Plaintiff seeks leave to address this new summary judgment ground.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**, prays that this Court grand leave to file the attached Sur-Reply in Response to J. Allan Hall's Motion for Summary Judgment; and for such other and further relief as it may show itself to be justly entitled.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
& GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By:_____
        Stephen E. Walraven
        State Bar No. 20796800
        Otto S. Good
        State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this _15__ day of September, 2003.

STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

VERONICA RAMIREZ, Individually and          *
As Next Friend of JEREMIAH S. RAMIREZ,      *
a minor                                     *
                                            *
VS.                                         *      **CIVIL ACTION NO.**
                                            *      **03-CV-155**
AMERICAN HOME PRODUCTS                      *
CORPORATION d/b/a WYETH; et al.             *      JURY DEMANDED

---

## DEFENDANT B. F. ASCHER & CO., INC.'S
## CORPORATE DISCLOSURE STATEMENT

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW B. F. ASCHER & CO., INC., one of the Defendants in the above entitled and numbered cause, and files this its Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1.

B. F. Ascher & Company, Inc. is a privately held corporation. There are no parent corporations or any publicly held entities that own 10% or more of its stock.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____

       Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Southern District No. 1918
       Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
B. F. ASCHER & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant B. F. Ascher, Inc.'s Corporate Disclosure Statement was served upon all counsel of record, to-wit:

Mr. Ben C. Martin
Law Offices of Ben C. Martin
Attorneys at Law
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Mr. Tim Goss
Capshaw, Goss & Bowers
Attorneys at Law
3031 Allen Street, Suite 200
Dallas, Texas 75204

Mr. Michael R. Klatt
Clark Thomas & Winters
Attorneys at Law
Post Office Box 1148
Austin, Texas 78767

Mr. Richard L. Josephson
Mr. Paul R. Elliott
Baker & Botts
Attorneys at Law
One Shell Plaza
910 Louisiana, Suite 3000
Houston, Texas 77002-9934

Mr. James L. Ray
Daw & Ray
Attorneys at Law
4718 Westheimer, Suite 1750
Houston, Texas 77057

Mr. Bradley S. Wolff
Swift, Currie, McGhee & Hiers
Attorneys at Law
1355 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309-3238

Mr. Peter C. Neger
Bingham McCutchen LLP
Attorneys at Law
399 Park Avenue
New York, New York 10022

Ms. Amy DePippo
Mr. Timothy Stephens
Bingham McCutchen LLP
855 Third Avenue
New York, NY 10022

Mr. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez
Attorneys at Law
1101 Chicago
McAllen, Texas 78501-4822

Mr. M. Scott Michelman
Shook, Hardy & Bacon
Attorneys at Law
Chase Tower, Suite 1600
600 Travis Street
Houston, Texas 77002-2911

Mr. Jeffrey S. Wolff
Fulbright & Jaworski
Attorneys at Law
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095

Ms. Stephanie Smith
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701-3271

Rebecca Jo Reser
Davids & Troilo, P.C.
7550 W. IH 10, Suite 800
San Antonio, TX 78229-5815

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL 32792

Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, Texas 78520

Oralia T. Wells, M.D.
825 Lakeside Drive
Brownsville, TX 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the _____ day of September, 2003.

_____
Mitchell C. Chaney



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

VERONICA RAMIREZ, Individually and   *
As Next Friend of JEREMIAH S. RAMIREZ,   *
a minor   *
  *
VS.   *   **CIVIL ACTION NO.**
  *   **03-CV-155**
AMERICAN HOME PRODUCTS   *
CORPORATION d/b/a WYETH; et al.   *   JURY DEMANDED

---

**DEFENDANT B. F. ASCHER & CO., INC.'S
CERTIFICATE OF INTERESTED PERSONS**

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW B. F. ASCHER & CO., INC., one of the Defendants in the above entitled and numbered cause, and files this its Certificate of Interested Persons.

1. Defendant B. F. Ascher & Co., Inc.
2. Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, a minor
3. American Home Products Corpoation, doing business as Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederly Laboratories
4. American International Chemical, Inc.
5. Aventis Pasteur Inc.
6. Evans Medical Limited
7. Merck & Co., Inc.
8. RPK Pharmaceuticals, Inc.
9. Dolder
10. Eli Lilley and Company
11. Smithkline Beecham Corporation
12. Oralia T. Wells, M.D.
13. Eloisa T. Gonzalez, M.D.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____

　　　　Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Southern District No. 1918
　　　　Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
B. F. ASCHER & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant B. F. Ascher, Inc.'s Certificate of Interested Persons was served upon all counsel of record, to-wit:

Mr. Ben C. Martin
Law Offices of Ben C. Martin
Attorneys at Law
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Mr. Tim Goss
Capshaw, Goss & Bowers
Attorneys at Law
3031 Allen Street, Suite 200
Dallas, Texas 75204

Mr. Michael R. Klatt
Clark Thomas & Winters
Attorneys at Law
Post Office Box 1148
Austin, Texas 78767

Mr. Richard L. Josephson
Mr. Paul R. Elliott
Baker & Botts
Attorneys at Law
One Shell Plaza
910 Louisiana, Suite 3000
Houston, Texas 77002-9934

Mr. James L. Ray
Daw & Ray
Attorneys at Law
4718 Westheimer, Suite 1750
Houston, Texas 77057

Mr. Bradley S. Wolff
Swift, Currie, McGhee & Hiers
Attorneys at Law
1355 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309-3238

Mr. Peter C. Neger
Bingham McCutchen LLP
Attorneys at Law
399 Park Avenue
New York, New York 10022

Ms. Amy DePippo
Mr. Timothy Stephens
Bingham McCutchen LLP
855 Third Avenue
New York, NY 10022

Mr. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez
Attorneys at Law
1101 Chicago
McAllen, Texas 78501-4822

Mr. M. Scott Michelman
Shook, Hardy & Bacon
Attorneys at Law
Chase Tower, Suite 1600
600 Travis Street
Houston, Texas 77002-2911

Mr. Jeffrey S. Wolff
Fulbright & Jaworski
Attorneys at Law
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095

Ms. Stephanie Smith
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701-3271

Rebecca Jo Reser
Davids & Troilo, P.C.
7550 W. IH 10, Suite 800
San Antonio, TX 78229-5815

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL 32792

Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, Texas 78520

Oralia T. Wells, M.D.
825 Lakeside Drive
Brownsville, TX 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the _____ day of September, 2003.

_____<br>
Mitchell C. Chaney

Sep-16-03  03:27pm  From-EEOC                              210-281-7669           T-418  P.002/002  F-792



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7669

September 16, 2003

**VIA FACSIMILE - (956) 548-2792**

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

John Wm. Black
United States Magistrate Judge
600 E. Harrison, 1st Fl
Brownsville, Texas 78520

RE:  *EEOC v. Harlingen Family Dentistry, P.C.*
     Civil Action No. B-02-163

Dear Judge Black:

We are writing, as requested by your secretary Paula Tamayo, to inform the Court that the Equal Employment Opportunity Commission and Harlingen Family Dentistry have settled the above referenced Civil Action No. B-02-163. The signed settlement documents will be filed with the Court on or about the first week of October 2003.

The parties are thus requesting written notification from the Court regarding whether the parties must appear at the docket call set for September 30, 2003 at 1:30 p.m. and the jury selection and "final pretrial" hearing set for October 2, 2003, at 8:30 a.m. before Judge Andrew S. Hanen, as well as the "final pretrial and settlement conference" set for October 10, 2003, at 1:30 p.m. before Magistrate Judge John Wm. Black.

Ms. Tamayo agreed to notify Judge Hanen's clerk, Irma A. Soto, regarding this request. Thank you for your consideration and assistance.

Sincerely,

Nemecio Lopez w/ permission
E.J.
Nemecio Lopez
Counsel for HFD

Eduardo Juarez
Counsel for EEOC

cc:  Judge Andrew S. Hanen
     Irma Sota



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | CIVIL ACTION |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | NO. B-03-135 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

## PLAINTIFF'S F.R.C.P. 26(a)(1) and (2) INITIAL DISCLOSURES

TO:     Walmart Stores, Inc. dba Sam's Wholesale Club by and through its attorney of
        record, Jaime A. Drabek, The Law Firm of Rabek & Associates, 1720 E. Harrison,
        Ste. B, Harlingen, Texas  78550.

        Michelin North America, Inc. by and through its attorney of record, Thomas M.
        Bullion, III, Brown, McCarrol, L.L.P., 111 Congress Avenue, Suite 1400, Austin,
        Texas  78701

        Ford Motor Company by and through its attorney of record, Jaime A. Saenz,
        Rodriguez, Colvin & Chaney, P.O. Box 2155, Brownsville, Texas  78522

        NOW COMES, Febriona Viera Escobedo, Individually and as Representative of

the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo

Viera and Jose Viera Escobedo, Plaintiffs, Pursuant to F.R.C.P. 26(a)(1) and (2), and

makes this their "Initial Disclosures" as required by said rules to Defendants as follows:

A.      Individuals Likely to Have Knowledge of Discoverable Information

        [F.R.C.P. 26(a)(1) and (2)].

        See Exhibit A.  Plaintiffs will supplement.

B.      Documents, etc. in Plaintiff's Possession Relevant to the Disputed Facts [F.R.C.P. 26(a)(1) (B).

See Exhibit C.  Plaintiffs will supplement.


C.      Computation of Damages [F.R.C.P. 26(a)(1) (C).

Damages include the following:

| | |
|---|---|
| Medical expenses in the past | Will supplement |
| Funeral expenses | Will supplement |
| Conscious Pain and Suffering | To be determined by the jury. |
| Physical Impairment in the past | To be determined by the jury. |
| Loss of Consortium | To be determined by the jury. |
| Loss of Household Service | To be determined by the jury. |
| Loss of Love | To be determined by the jury. |
| Hedonic Value of Life | To be determined by the jury. |
| Loss of Wages and Wage Earning Capacity | To be determined by the jury. |
| Disfigurement and Punitive Damages | To be determined by the jury. |

Additionally, any and all elements of damages Plaintiff may recover under the Texas Rules of Civil Procedure.  Plaintiff reserves the right to supplement.

Court Costs
Filing and Jury Fees :        $238.00

Additionally, any and all elements of damages Plaintiff may recover under the Texas Rules of Civil Procedure.  Plaintiff reserves the right to supplement.

Method of Calculation:      Medical expenses in the past, Funeral expenses Conscious Pain and Suffering, Physical Impairment in the past, Loss of Consortium, Loss of Household Service, Loss of Love , Hedonic Value of Life, Loss of Wages and Wage Earning Capacity, Disfigurement and Punitive Damages, any and all elements of damages Plaintiff may recover under the Texas Rules of Civil Procedure.

Also, see Plaintiff's original petition and any amended pleadings.


D.      Disclosure of Expert Testimony [F.R.C.P. 26(a)(1) (A).

See Exhibit B.  Plaintiffs will supplement.

Respectfully submitted on this the _____12th_____ day of September, 2003.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas  78520
> (956) 544-0500 Telephone
> (956) 541-0255 Facsimile
>
> _____
> Ray R. Marchan
> Federal Bar Number 9522
> State Bar Number 12969050

## CERTIFICATE OF SERVICE

On this the _____12th_____ day of September, 2003, a true and correct copy of the

foregoing instrument was forwarded to all counsel via facsimile, by hand-delivery, or

by certified mail, return receipt requested.

> Jaime A. Drabek
> The Law Firm of Rabek & Associates
> 1720 E. Harrison, Ste. B
> Harlingen, Texas  78550
> Attorney for Defendant Walmart Stores, Inc. dba Sam's Wholesale Club
>
> Thomas M. Bullion, III
> Brown, McCarrol, L.L.P.
> 111 Congress Avenue, Suite 1400
> Austin, Texas  78701
> Attorney for Defendant Michelin North America, Inc.
>
> Jaime A. Saenz
> Rodriguez, Colvin & Chaney
> P.O.  Box 2155
> Brownsville, Texas  78522
> Attorney for Defendant Ford Motor Company

> _____
> Ray R. Marchan

# EXHIBIT A
### LIST OF PERSONS WITH KNOWLEDGE OF RELEVANT FACTS

Febriona Viera Escobedo Individually and as
Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased
Luis Alberto Escobedo Viera
Jose Viera Escobedo
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Defendant Walmart Stores, Inc. dba Sam's Wholesale Club
c/o Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Defendant Michelin North America, Inc.
c/o Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Defendant Ford Motor Company
c/o Jaime A. Saenz
Rodriguez, Colvin & Chaney
P.O. Box 2155
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Custodian of records for
Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
Desarollo Internal de la Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff to hospital. It is reasonably anticipated that the custodian of
records will testify that the financial records pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

Custodian of Records for
Funeraria Jardina de la Paz
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the financial records pertaining
to decedent are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business, and that the funeral
expenses incurred are reasonable and necessary.

Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica (Agency of Public Investigations)
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica (Agency of Public Investigations)
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Attorney Gerardo Blanco Davila
Notary Public Number 93
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

Juan Rangel Espinoza, Driver of vehicle
Privada Hidalgo 4 & 5
Colonia Tamaulipas
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Ma. Guadlaupe Alaniz Perez, Witness
Dayra Oneyda Guerra Sanchez, Witness
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

## EXHIBIT B
### LIST OF EXPERTS

Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Custodian of records for
Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
Desarollo Internal de la Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff to hospital. It is reasonably anticipated that the custodian of
records will testify that the financial records pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

Custodian of Records for
Funeraria Jardina de la Paz
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the financial records pertaining

to decedent are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the funeral expenses incurred are reasonable and necessary.

Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica (Agency of Public Investigations)
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

Custodian of Records for
Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica (Agency of Public Investigations)
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

# EXHIBIT C
## LIST OF DOCUMENTS

1. Police Accident Report in Spanish and its English Translation;

2. Autopsy Report in Spanish and its English Translation;

3. Photographs of Tire;

4. Photographs of Vehicle;

5. Newspaper Clipping in Spanish and its English Translation.

# AUTOPSY REPORT

## = LEGAL MEDICAL REPORT =

### = Autopsy =

Name: Jose Angel Escobedo
Admission: 8:30 hrs.
Hour order was received: 9:00 hrs.

### = Identification =

Gender: Male
Age: 58 yrs. Old approx.
Color: dark-skinned
Build: Robust
Height: 1.50 mts.
Hair: gray-haired
Forehead: medium
Eyes: Brown
Nose: wide
Eyebrows: scarce
Eyelashes: short
Mouth: big
Lips: regular
Ears: big
Mustache: cut
Beard: unshaved
Chin: regular
Teeth: regular
Prosthesis: 3 silver crowns on the central left lateral teeth

Cooling: 35.5 *C
Putrefied: No

**PARTICULAR SIGNS:** Presents bruises on left eyelid, right shoulder and right side of the back.
Neck: No injury
Scalp: presents a bruise of 10 cm on the right side
Natural openings (mouth, nose, ears, eyes, anus): bleeding of both ears, rest openings normal
Genitals: normal
Hands and nails: normal
Blood spatter: no

At the inspection of the body the following injuries were fond:
Presents complete fracture of the 2nd and 3rd rib, dislocation of the 2nd vertebra with injury on the cerebral steam.

X-Dr. Jaime Jaramillo Gonzalez

FOLIO
Nº 9343

# INFORME MEDICO LEGAL

GOBIERNO DEL ESTADO DE
TAMAULIPAS
PROCURADURIA GENERAL
DE JUSTICIA
DPTO. MEDICO LEGAL

DE

AUTOPSIA [ X ]    INSPECCION CADAVERICA [   ]

Al C. Agencia del ministerio publico _____

Nombre  JOSE ANGEL ESCOBEDO _____

Ingreso al Anfiteatro  0:30 hrs _____

Hora de recibir la orden  9:00 hrs _____

Hora de práctica  9:30 hrs _____

## FICHA DE IDENTIFICACION

Sexo:  Masculino [ X ]  Femenino [   ]  Edad aparente  50 años

Color:  Blanco [   ]  Moreno [ X ]  Otro [   ]

Complexión: Robusta [ X ]  Obesa [   ]  Mediana [   ]  Débil [   ]

Estatura: 1:60 mts.  Perímetro Torácico _____  Perímetro Abdominal _____

Cabellos:  Negros [   ]  Castaños [   ]  Castaños Claros [   ]  Rubios [   ]
          Canos [ ? ]  Entrecanos [ X ]  Teñidos Color _____
          Rasurados [   ]

Frente:  Grande [   ]  Mediana [ X ]  Pequeña [   ] _____

Ojos:  Cafés [ X ]  Café claro [   ]  Azules [   ]  Verdes [   ]  Grises [   ]

Nariz:  Recta [   ]  Cóncava [   ]  Convexa [   ]  Aplanada [   ]
        Ancha [ X ]  Afilada [   ]  Desviada [   ]  I. [   ]  D. [   ]

Cejas:  Pobladas [   ]  Escasas [ X ]

Pestañas:  Cortas [ X ]  Largas [   ]  Rizadas [   ]  Lisas [   ]

Boca:  Grande [   ]  Mediana [   ]  Pequeña [   ]

Labios:  Gruesos [   ]  Regulares [ X ]  Delgados [   ]

Pabellones Auriculares:  Grandes [   ]  Medianos [ X ]  Pequeños [   ]

Bigote:  Recortado [ X ]  Rasurado [   ]  Sin Rasurar [   ]  Crecido [   ]

Barba:  Rasurada [   ]  Sin Rasurar [ X ]  Crecida de: 12 lis.  Arreglada [   ]

Mentón:  Prominente [   ]  Regular [ X ]  Retraído [   ]

Dentadura:  Bien [   ]  Mal [   ]  Regular [ X ]  Estado de conservación:

Faltan piezas Dentarias:

S [ ][ ][ ][ ][ ]O[ ][ ][ ][ ][ ][ ]

I [ ][ ][ ][ ][ ]O[ ][ ][ ][ ][ ][ ]

Prótesis  Presenta 3 casquillos de oro o platino en los

Observaciones:  incisivos superiores centrales y lateral izq.

Escobedo, Jose An
205623-000072

## SIGNOS DE MUERTE REAL

**RIGIDEZ:** Generalizada ☐  Flaccidez ☐

En proceso de instalación ☒

Articulación Temporomaxilar ☐  Nuca ☐

Miembros Inferiores ☐  Manos ☐  Miembros Superiores ☐

Tórax y Abdomen ☐

Lividcces: _____ no _____

Enfriamiento: ( Temperatura Rectal ) _____ 39.5°C _____

Putrefacción: _____ no _____

### SEÑAS PARTICULARES  —  ALTERACIONES CONGENITAS
### — ANOMALIAS EXTERNAS —

Presenta escoriaciones epidermicas y zonas equimoticas en parpado
sup. izquierdo, hombro derecho, y parte dorsal de la espalda.

### EXPLORACION DE REGIONES MEDICO-LEGALES

Cuello _____ no hay lesiones _____

Cuero Cabelludo _____ presenta hematoma de 10 cm en parietal derecho _____

Orificios Naturales _____ otorragia en ambos conductos auriculares, _____

(Boca, Nariz, Orejas, Ojos y Ano) _____ demas orificios normales _____

Conjuntivas , equimosis ) _____ no _____

Organos Genitales: _____ normales _____

Manos y Uñas ( manchas ) _____ no _____

Salpicaduras de Sangre _____ no _____

Restos de pólvora, estigmas profesionales y polvo sub-ungueal _____ no _____

### EXAMEN TRAUMATOLOGICO
**A la inspección del cadáver se encuentran las siguientes lesiones:**

Presenta Fractura completa de las costillas 2a. y 3ra. a 5 cm a la
del esternon, presenta desplazamiento anterior de 1.2da. vertebra
con lesion del tallo cerebral.

### EXAMEN DE CAVIDADES:
**Se anotarán en el espacio libre únicamente los datos positivos**
### CRANEO
Se encuentra una hemorragia superficial de la region del hemisferio
izquierdo, hematoma descrito en lo anterior en el parietal derecho
entre cuero cabelludo y craneo, no hay mas datos.

## T O R A X

Presenta gran cantidad de sangre en la cavidad torax derecho, con lesiones de desgarro importante en el lobulo inferior derecho, en cavidad izquierda solo la presencia minima de sangre acumulada, solo laceraciones del lobulo inferior, resto de organos, pericardio cavidades y corazon normales.

## A B D O M E N

Presenta gran cantidad de sangre en cavidad abdominal, por la ruptura extensa del lobulo derecho del higado con desgarramiento de su lecho, traumatismo importante y laceracion en vejiga, Asas intestinales y bazo solo traumatizadas.

## CONSIDERACIONES MEDICO LEGALES

La persona que sufre un accidente automovilistico y sufre el volcadura ....

## CONCLUSIONES:

La muerte del referido: _____ Jose Angel Escobedo _____

Fué como consecuencia de: _____ Estallamiento de Viceras. _____

Escobedo, Jose Ang
205623-000074



FIGURA No. 1

FIGURA No. 2

FIGURA No. 3

FIGURA No. 4

OBSERVACIONES GENERALES

Perito medico legista

Dr. Jaime Jaramillo González

Cd. Valle Hermoso Tam a 19 de julio del _____ de 198___

Escobedo, Jose Ang
205623-000075

# ACCIDENT REPORT

## = PART OF THE TRANSIT ACCIDENT =

= Vehicles who intervened in the accident =

-- Ford pick-up truck, 1994 sand color, license plates 54GH61, state of Texas
Owner: Juan Rangel Espinoza
Driver: Same
Age:      28 years old
Address:  Privada Hidalgo 4 & 5, Colonia Tamaulipas

Statement of Driver: driving south to north I felt something in the tire and I lost control of the truck and because the road was little high we rolled over. I was injured and transported to the Hospital Civil for medical attention. My companion Jose Escobedo Rodriguez, 58 years old died when we arrived to the hospital.

Damages:  To a fence of a nearby ranch.

Medical Data:

Vehicles:     (1)
Injured:      (1)
Dead:         (1)
Hospitalized: (1)

## = SKETCH OF THE ACCIDENT =

1).     Final position of the truck, turned over with tires upward, persons were rescued by Policia Preventiva and transported to Hospital Civil of Valle Hermoso, Tamaulipas

2).     Fence was damaged

3).     Track of the course of the vehicle until it's final point.

## = DETERMINANT CAUSES =

Lack of precaution of the driver who loses control of the vehicle and gets off the road to the left side rolling over ending up with the tires upward.

## = ROAD AND WEATHER CONDITIONS =

Daylight, morning, no rain or fog, a two-way road.

**Escobedo, Jose Ang**
**205623-000001**

# DIRECCION GENERAL DE SEGURIDAD PUBLICA
## DELEGACION DE TRANSITO LOCAL

### PARTE DE ACCIDENTE DE TRANSITO

No _____  FECHA _____ 9 4

ALFONSO CARRETERO VAZQUEZ

_____ DE TRANSITO LOCAL                    19 DE JULIO DE 2002
___TE.                                     TIPO DE ACCIDENTE  VOLCADURA
                                           HORA DEL ACCIDENTE  07:00 HORAS

_____hacer de su conocimiento que en las calles de CARR. EJ. PALMA B. 122 Km. 63
_____ del Plano Oficial de esta ciudad, se registro un  ACCIDENTE
        en el cual participaron los siguientes:  VEHICULO

### VEHICULOS QUE INTERVINIERON EN EL ACCIDENTE

CAMIONETA  MARCA  FORD  MODELO  1994  TIPO  PICK UP  ARENA
___AS  54GH61  DEL EDO. DE  TEXAS  PROPIETARIO  JUAN RANGEL ESPINOZA
___DUCIDO POR  EL MISMO  DE  28  AÑOS DE EDAD, CON DOMICILIO EN
IV HIDALGO 4a. y 5a. COL. TAMPS  LICENCIA No.  FMTE  DECLARACION DEL
___DUCTOR  Circulo de sur a norte senti algo en las llanta y perdi el control
yxcomo la carretera esta alta nos voltismos. Resulto leciendo tres
dado al H.Civil para su atencion donde quede internado. ACOMPAÑANTE. JOSE
L ESCOBEDO RODRIGUEZ 58 años  Fallecio al llegar al H.Civil fue trasladudo
nerales del Valle

___  MARCA _____ MODELO _____ TIPO _____
CAS ___  DEL EDO. DE _____ PROPIETARIO _____
___DUCIDO POR _____ DE _____ AÑOS DE EDAD, CON DOMICILIO EN
___  _____ LICENCIA No. _____ DECLARACION DEL
___DUCTOR  (DALOS) En una cerca ciclonica en un Rancho particular en
___EJIDAL B.122 Km.63

___  MARCA _____ MODELO _____ TIPO _____
___  DEL EDO. DE _____ PROPIETARIO _____
___DUCIDO POR _____ DE _____ AÑOS DE EDAD, CON DOMICILIO EN
___ICIAL
PRIMERA  _____ LICENCIA No. _____ DECLARACION DEL
___DUCTOR
JUDICIAL
___OSO TAM

### DATOS MEDICOS

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ADO FISICO  CONDUCTOR | VEHICULO I | FMTE | 2 | | 3 | |
| ___IONADO (S) | VEHICULO I | URO | 2 | | 3 | |
| ___RTO (S) | VEHICULO I | URO | 2 | | 3 | |
| ___PITALIZADO(S) | VEHICULO I | URO | 2 | | 3 | |

### SANCIONES ADMINISTRATIVAS

JUAN RANGEL ESPINOZA  Articulo (s)  58  No. Boleta  1865
_____  Articulo (s) _____  No. Boleta _____
_____  Articulo (s) _____  No. Boleta _____

___TRASLADO AL LOTE  MESON OF.  O SERVICIO  CON GRUA
___UOS EN  HOSPITALIZADA___ITADAS AMBAS PARTES Y PROPIETARIOS DE LOS VEHICULOS SE ENCUENTRAN
HORAS DEL DIA  19  DE  JULIO  DE 2002  ___DOS VEHICULOS PARA LAS

EL PERITO EN HECHOS DE TRANSITO

CD. VALLE HERMOSO, TAM.
2002-2004

ISAIAS DIAZ PEREZ

VEHICULO No. 1          VEHICULO No. 2          VEHICULO No. 3

___ RANGEL ESPINOZA  _____  _____

Escobedo, Jose Ang
205623-000002

## CROQUIS DE HECHOS DE TRANSITO

REF: 01

DOM. PART.

Entrada Ranch.

Car. EUFAME B. 122 Km 63

1. Posicion final de la camioneta volcada llantas asia arriba las personas fueron recogidas por Pol.prev Pob.Anahuac trasladados a H.Civil Va'le hermoso

2. Cerca ciclonica fue dañada

3. Huellas de trayectoria del vehiculo asta su punto final.

## CAUSAS DETERMINANTES

Falta de precaucion del conductor que pierde el control se sal... la cinta adsfaltica asia su izquierda volcando he quedando sobre capasete (se salo el piso a la llanta pontura lado derecho)

## ESTADO DEL CAMINO Y CONDICIONES CLIMATOLOGICAS

Hora de la mañana de dia ya sin lluvia ni ne lina zona semi... via de adsfalto dos carriles uno en cada sentido hombos con a...

## CONCLUSIONES DEL PERITO

SE DETERMINA COMO PRESUNTO RESPONSABLE AL CONDUCTOR DE LA CA... FORD PICK UP JUAN RANGEL ... AL... ... DE LOS ART. 58...
REGLAMENTO DE TRANSITO ...

...JIAS DIAZ PERE...
PERITO ... AÑOS DE TRANSITO

CD. VALLE HERMOSO, TAM.
2002-2004

Escobedo, Jose Ang...
205623-000003

# NEWSPAPER CLIPPING

**EL BRAVO**
Saturday July 20, 2002
By: David Elizalde Olguin

- Tragic accident was registered by main road El Empalme 122, KM 63, where the roll-over of a pick up truck sand color took, the life of the driver's companion, which in despite of being rescued with vital signs, was delirious when he was transported to the hospital.

- Jose Angel Escobedo Rodriguez, 58 yrs. old, address at Calle Tamaulipas between 4 & 5, who turned out to be the father of the auto traffic agent Luis Alberto Escobedo, Mr. Escobedo Rodriguez died as a result of the injuries he sustained on the head and on different parts of his body, he was rescued alive in the truck however died on his way to the hospital.

- Juan Rangel Espinoza, 28 yrs. old, address at calle privada Hidalgo between 4 & 5 of the Colonia Tamaulipas appears to be as the driver of a Ford pick-up truck, model 1994, sand color, license plates 54GH61 of the state of Texas, he was also rescued at the place where the tragic accident happened, he was transported to the Hospital Civil where he was hospitalized and according to the doctors he will satisfactory recover.

- The accident happened when Escobedo Rodriguez & Rangel Espinoza were on their way to work to the U.S., the driver remarks that he suddenly felt something on one of the tires, being this one the left-back tire, he just lost complete control of the truck getting out of the road to their left side and rolling over ending with the tires upwards and over the roof of the truck.

- The rescue was done quickly and to the place of the accident arrived auto traffic elements and police elements who helped the 2 persons which at the moment both presented vital signs

- Unfortunately on the way to the hospital Mr. Jose Angel Escobedo Rodriguez was victim of head and body injuries arriving death to the hospital, where attorney Carlos Leonel Lozano Gutierrez, agent of the Public Department of Investigations was incharge of acknowledging the body.

- The driver of the unit and the survivor Juan Rangel Espinoza until yesterday was under custody for inprudential homicide and will be turned in to the corresponding court.

**Escobedo, Jose An**
205623-000020

1

VALLE HERMOSO    EL BRAVO    Escobedo, Jose Ang    205623-000021    5 H

Sábado 20 de julio de 2002 H. Matamoros, Tam. de 2002

# Acompañante muere en volcadura por la carretera El Empalme

*Llegó sin vida al hospital
*Es el padre de un agente de Tránsito

Por: David Elizalde Olguín

Valle Hermoso, Tam.- Trágico amanecer se registró por la carretera El Empalme 122 a la altura del Km.69, donde la volcadura de una camioneta pick-up, color arena, cobró la vida al acompañante del conductor quien a pesar de que fue rescatado dando signos vitales, obituó cuando era trasladado para su atención médica al Hospital Civil de esta ciudad.

José Ángel Escobedo Rodríguez, de 58 años de edad, con domicilio en calle Tamaulipas entre 4 Y 5, de la colonia con el mismo nombre, resultó ser el padre del agente de Tránsito Luis Alberto Escobedo, éste falleció a causa de los golpes que presentó en la cabeza y en diferentes partes del cuerpo el occiso aún fue rescatado con vida de la camioneta sin embargo en el trayecto al Hospital Civil su maracado destino dio el no definitivo y dejó de existir en forma irremediable.

Juan Rangel Espinoza, de 28 años de edad, con domicilio en la calle Privada Hidalgo entre 4 Y 5, de la colonia Tamaulipas aparece como el conductor de una camioneta Ford modelo 1994, pick-up, color arena, con placas 54OH61 del Estado de Texas, éste también fue rescatado del lugar de la trágica volcadura y trasladado hasta el Hospital Civil donde quedó internado y según los últimos detalles médicos indican que se recupera de manera satisfactoria.

Por causas del destino el accidente vehicular se



Valle Hermoso, Tam.- Del interior de lo camibolको aún rescataron con signos de vida al conductor Juan Rangel Espinozo y su acompañante quien desafortunadamente falleció. (Foto Cárdenas).



Valle Hermoso, Tam.- Ingresó ya sin vida al Hospital Civil el acompañante José Ángel Escobedo Rodríguez. (Foto Cárdenas).

algo en una de las llantas, siendo ésta la posterior lado izquierdo y la camioneta se le descontroló totalmente saliendo de la cinta asfáltica hacia su extrema izquierda y volcando en forma aparatosa quedando con las llantas hacia arriba y sobre el capacete.

Los trabajos de rescate se realizaron rápidamente y al lugar arribaron elementos de Tránsito, policías preventivos, así como particulares, quienes auxiliaron a las dos personas que en ese momento ambos presentaba signos de vida.

Desafortunadamente en el trayecto al Hospital

Civil el señor José Ángel Escobedo Rodríguez fue víctima de los golpes en la cabeza y en todo el cuerpo arribando ya sin vida al citado nosocomio donde el Lic. Carlos Leonel Lozano Gutiérrez, agente del Ministerio Público Investigador se encargo de dar fe del cadáver.

El conductor de la unidad y sobreviviente Juan Rangel Espinoza hasta ayer se encontraba en calidad de detenido por homicidio imprudencial por lo que el caso deberá ser turnado al juzgado correspondiente.

# PHOTOGRAPHS
# OF TIRE



Escobedo, Jose  An
205623-000028



Escobedo, Jose  Ang
205623-000029



Escobedo, Jose  Ang
205623-000030





Escobedo, Jose  An
205623-000032



Escobedo, Jose  Ang
205623-000031



Escobedo, Jose  Ang
205623-000033



Escobedo, Jose  Ang
205623-000034



Escobedo, Jose  Ang
205623-000035



Escobedo, Jose An
205623-000036



Escobedo, Jose  Ang
205623-000037



Escobedo, Jose Ang
205623-000038



Escobedo, Jose  Ang
205623-000039



Escobedo, Jose An
205623-000040



Escobedo, Jose Ang
205623-000041



Escobedo, Jose  Ang
205623-000042



Escobedo, Jose  Ang
205623-000046



Escobedo, Jose Ang
205623-000047



Escobedo, Jose  An
205623-000048



Escobedo, Jose  Ang
205623-000049



Escobedo, Jose  Ang
205623-000050



Escobedo, Jose  Ang
205623-000053































Escobedo, Jose Ang
205623-000027

# PHOTOGRAPHS
# OF VEHICLE

















