IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually | § | |
| And as Next Friend of JEREMIAH S. | § | Civil Action No. M-03-155 |
| RAMIREZ, a minor, | § | |
| | § | JURY DEMAND |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, ET AL. | § | |

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

## DEFENDANT AVENTIS PASTEUR INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant Aventis Pasteur Inc. files its Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Defendant Aventis Pasteur Inc.;

2. Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, a minor;

3. American Home Products Corporation, d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyether Lederle, Wyether Lederle Vaccines and Lederle Laboratories;

4. Abbott Laboratories, Inc.;

5. American International Chemical, Inc.;

6. B. F. Ascher & Company, Inc.;

7. Evans Medical Limited;

8. Merck and Co., Inc.;

9. RPK Pharmaceuticals, Inc.;

10. Dolder;

11.  <u>Eli Lilly and Company</u>;

12.  <u>SmithKline Beecham Corporation</u>;

13.  Eloisa T. Gonzalez, M.D.; and

14.  Oralia T. Wells, M.D.

                                          Respectfully submitted,

*R. Jo Reser by Lea A. Ream w/ permission*

R. Jo Reser, Esq.
Attorney-in-Charge
State Bar No. 16789500
Southern ID No. 10309
DAVIDSON & TROILO, P.C.
7550 W. IH-10, Suite 800
San Antonio, Texas 78229-5815
Telephone: (210) 349-6484
Facsimile: (210) 349-0041
**ATTORNEYS FOR DEFENDANT,
AVENTIS PASTEUR INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2003, a true and correct copy of the above and foregoing **DEFENDANT AVENTIS PASTEUR INC.'S CERTIFICATE OF INTERESTED PARTIES** has been forwarded to the following counsel of record in accordance with the Texas Rules of Civil Procedure:

**Via Certified Mail**

Ben C. Martin, Esq.
Edward W. Sampson, Esq.
William F. Blankenship, III, Esq.
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
**Attorneys for Plaintiff**

Tim Goss, Esq.
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**Attorneys for Plaintiff**

**Via Regular Mail**

Peter C. Neger, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
**and**
Amy DePippo, Esq.
Timothy Stephens, Esq.
Bingham McCutchen LLP
885 Third Avenue
New York, New York 10022
**Attorneys for Evans Medical Limited**

Mitchell C. Chaney, Esq.
Rodriguez Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
**Attorneys for B. F. Ascher & Company, Inc.**

Michael R. Klatt, Esq.
Clark, Thomas & Winters
P. O. Box 1148
Austin, Texas 78767
**Attorneys for Wyeth (f/k/a American Home Products Corporation)**

James Ray, Esq.
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**Authorized representative for Defendant American International Chemical, Inc.**

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland
**Authorized representative for Defendant, Dolder**

M. Scott Michelman, Esq.
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Attorneys for Eli Lilly and Company**

**Defendant, Oralia T. Wells, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

**Defendant, Eloisa T. Gonzalez, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

#127893; 45/25                                   3

Stephanie A. Smith, Esq.
Stacey A. Martinez, Esq.
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, Texas 78702-3271
and
Jeffrey S. Wolff, Esq.
Barclay A. Manley, Esq.
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
**Attorneys for Smithkline Beecham Corporation d/b/a Glaxosmithkline**

Richard L. Josephson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
**Attorney for Merck & Co., Inc. and Abbott Laboratories**

Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
**Of Counsel for Merck & Co., Inc. and Abbott Laboratories**

Mr. Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**Authorized representative for RPK Pharmaceuticals, Inc.**

_____
R. Jo Reser   by Jen A. Ream with permission