IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORPORATION, d/b/a WYETH, ET AL., | § § § § | |
| Defendants. | § § | |

**DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A
GLAXOSMITHKLINE'S DISCLOSURE OF INTERESTED PERSONS**

SmithKline Beecham Corporation d/b/a GlaxoSmithKline files this its Disclosure of Interested Persons.

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

(1)   SmithKline Beecham Corporation d/b/a GlaxoSmithKline;

(2)   GlaxoSmithKline PLC.

30552772.1

Respectfully submitted,

By _____ w/ permission CJR
Jeffrey S. Wolff
State Bar No. 21865900
Southern District I.D. No. 1392
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

Stephanie A. Smith
  State Bar No. 18684200
  Southern District I.D. No. 20008
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: 512.474.5201
Facsimile: 512.536.4598

Charles Jason Rother
  State Bar No. 24013423
  Southern District I.D. No. 25742
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

GARCIA & VILLARREAL, L.L.P.

Jose E. Garcia
  State Bar No. 07636780
  Southern District I.D. No. 3934
4311 North. McColl Road
McAllen, Texas 78504
Telephone: 956.630.0081
Facsimile: 956.630.3631

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure via Certified Mail, Return Receipt Requested to counsel for Plaintiffs, and via first class U.S. mail to all other counsel and parties on this 17th day of September, 2003, as follows:

Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
*and*
Tim Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**Counsel for Plaintiffs**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
910 Louisiana
Houston, Texas 77002-4995
**Counsel for Defendant**
**Abbott Laboratories and Merck & Co., Inc.**

James Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**Counsel for Defendant**
**American International Chemical, Inc.**

Bradley S. Wolff
Diane Owens
Swift, Currie, McGhee & Hiers, L.L.P.
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
*and*
R. Jo Reser
Ray, Valdez, McChristian & Jeans, P.C.
9311 San Pedro, Suite 700
San Antonio, Texas 78216
**Counsel for Defendant**
**Aventis Pasteur Inc.**

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren St.
Brownsville, Texas 78520
**Counsel for Defendant**
**B.F. Ascher & Company, Inc.**

M. Scott Michelman
Debbie Moeller
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Counsel for Defendant**
**Eli Lilly and Company**

Peter C. Neger
Bingham McCutchen, L.L.P.
399 Park Avenue
New York, New York 10022
*and*
Amy DePippo
Timothy Stephens
Bingham McCutchen LLP
885 Third Avenue
New York, New York 10022
**Counsel for Defendant**
**Evans Medical Limited**

Dr. Robert Koller
Dolder
Immengrasse 9
4004 Basel Switzerland
**Authorized Representative for Defendant**
**Dolder**

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**Authorized Representative for Defendant**
**RPK Pharmaceuticals, Inc.**

30552772.1                                -3-

Michael R. Klatt
Susan Burnett
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**Counsel for Defendant**
**Wyeth (f/k/a American Home Products)**

_____
Charles Jason Rother