

15

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

VERONICA RAMIREZ, Individually and as
Next Friend of JEREMIAH S. RAMIREZ, a
minor,

        Plaintiffs,

v.

AMERICAN HOME PRODUCTS
CORPORATION, et al.,

        Defendants.

Civil Action No. 03-CV-155

### ELI LILLY AND COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Eli Lilly and Company ("Lilly"), pursuant to Fed. R. Civ. P. 7.1(a), hereby files its Corporate Disclosure Statement. Lilly states as follows:

Lilly does not have a parent corporation nor does any publicly held company own more than ten percent (10%) of its stock.

Respectfully submitted,

By:_____
M. SCOTT MICHELMAN
Texas Bar No. 00797075
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2911
Telephone: 713/227-8008
Telefax: 713/227-9508

ATTORNEYS FOR DEFENDANT,
ELI LILLY AND COMPANY

1311522v1

**OF COUNSEL:**

DEBORAH A. MOELLER
JEFFERY A. KRUSE
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, MO  64105-2118
Telephone:    816/474-6550
Telefax:        816/421-5547

1311522v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all counsel of record listed below in accordance with the Federal Rules of Civil Procedure on the 17th day of September, 2003.

Ben C. Martin
Law Office of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, TX   75201
*Attorneys for Plaintiffs*

Tim K. Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX   75204
*Attorneys for Plaintiffs*

Peter C. Neger
Bingham McCutchen
399 Park Avenue
New York, NY   10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX   78520
*Attorneys for Defendant,*
*B.F. Ascher & Company, Inc.*

Michael R. Klatt
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX   78767-1148
*Attorneys for Defendant Wyeth*
*(f/k/a American Home Products)*

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX   77057
*Authorized Representative for Defendant,*
*American International Chemical, Inc.*

Bradley S. Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Site 300
Atlanta, GA   30309-3238
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX   78229-5818
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX   77010-3095
*Attorneys for Defendant, Smithkline Beecham Corporation d/b/a Glazosmithkline*

Richard L. Josephson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX   77002
*Attorneys for Defendant, Abbott Laboratories*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL   32792
*Authorized Representative for Defendant,*
*RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX   78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX   77002
*Of Counsel*

157901v1

*Defendant,* Oralia T. Wells, M.D.
825 Lakeside Drive
Brownsville, TX 78520

*Defendant,* Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, TX 78520

_____
M. SCOTT MICHELMAN

- 4 -

157901v1