IN THE UNITEDS STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor § § § § | | |
| *Plaintiffs,* § | C.A. NO. 03-CV-155 | |
| VS. § § | JURY REQUESTED | |
| AMERICAN HOME PRODUCTS CORPORTION d/b/a WYETH, ET AL. § § § | | |
| *Defendants.* § | | |

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

## **DEFENDANT WYETH'S DISCLOSURE OF INTERESTED PARTIES**

NOW COMES Defendant Wyeth, formerly known as American Home Products Corporation, and on behalf of itself and the improperly named "Wyeth Laboratories," "Wyeth-Ayerst," "Wyeth-Ayerst Laboratories," "Wyeth Lederle," "Wyether Lederle," "Wyether Lederle Vaccines," and "Lederle Laboratories," and files this its Disclosure of Interested Parties in compliance with the Order Setting Conference.

The following are the persons and/or entities known at this time to Defendant Wyeth to have a financial interest in the outcome of this litigation.

 1. Defendant: Wyeth (formerly known as American Home Products Corporation).

 2. Plaintiffs: Veronica Ramirez, Individually, and as next friend of Jeremiah S. Ramirez, a minor.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

By: */s/ Michael R. Klatt /by permission/*
Michael R. Klatt
Attorney-in-Charge
State Bar No. 11554200
Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
Randall L. Christian
State Bar No.00783826
Southern ID No. 15935
**CLARK, THOMAS & WINTERS**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

**ATTORNEYS FOR DEFENDANT WYETH**

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on the following interested parties as listed below on this 19th day of September, 2003.

*Via Certified Mail Return Receipt Requested*

Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Tim Goss
Capshaw, Goss, & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**ATTORNEYS FOR PLAINTIFFS**

*Via Regular Mail*

Peter C. Neger
Bingham McCutchen, L.L.P.
399 Park Avenue
New York, New York 10022

Amy DePippo
Timothy Stephens
Bingham McCutchen, L.L.P.
885 Third Avenue
New York, New York 10022
**ATTORNEYS FOR DEFENDANT
EVANS MEDICAL LIMITED**

Mitchell C. Chaney
Rodriguez Colvin & Chaney
1201 E Van Buren St.
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT
B.F. ASCHER & COMPANY, INC.**

James Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**AUTHORIZED REPRESENTATIVE
FOR DEFENDANT AMERICAN
INTERNATIONAL CHEMICAL, INC.**

Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
The Peachtree
Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238

R. Jo Reser
Davidson & Troilo
7550 W. IH 10, Suite 800
San Antonio, Texas 78229
**ATTORNEYS FOR DEFENDANT
AVENTIS PASTEUR INC., f/k/a
CONNAUGHT LABORATORIES, INC.,
f/d/b/a PASTEUR MERIEUX
CONNAUGHT**

Dr. Robert Koller
Doldler
Immengasse 9
400 Basel Switzerland
**AUTHORIZED REPRESENTATIVE
FOR DEFENDANT DOLDER**

3

M. Scott Michelman
Shook, Hardy & Bacon, L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

Jeffrey S. Wolff
Barclay A. Manley
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
**ATTORNEYS FOR DEFENDANT
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**ATTORNEYS FOR ABBOTT
LABORTORIES**

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**AUTHORIZED REPRESENTATIVE
FOR DEFENDANT RPK
PHARMACEUTICALS, INC.**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

**DEFENDANT ELOISA T. GONZALES,
M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

**DEFENDANT ORALIA T. WELL, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, Texas 78501-4822

4