IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 03-CV-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, et al. | § § § § | JURY REQUESTED |
| Defendants. | § | |

### DEFENDANT WYETH'S CORPORATE DISCLOSURE STATEMENT

TO:   The United States District Court for the Southern District of Texas, Brownsville Division.

NOW COMES Defendant Wyeth, formerly known as American Home Products Corporation, on behalf of itself and the improperly named "Wyeth Laboratories," "Wyeth-Ayerst," "Wyeth-Ayerst Laboratories," "Wyeth Lederle," "Wyether Lederle Vaccines," and "Lederle Laboratories," and pursuant to Federal Rule of Civil Procedure 7.1, files this Corporate Disclosure Statement.

Wyeth states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock or other ownership interest.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,
A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

By: _/s/ Michael R. Klatt (by permission)_
Michael R. Klatt
Attorney-in-Charge
State Bar No. 11554200
Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
Randall L. Christian
State Bar No. 00783826
Southern ID No. 15935
**CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 19th day of September, 2003:

*Via Certified Mail Return Receipt Requested*

Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Tim Goss
Capshaw, Goss, & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**ATTORNEYS FOR PLAINTIFFS**

*Via Regular Mail*

Peter C. Neger
Bingham McCutchen, L.L.P.
399 Park Avenue
New York, New York 10022

Amy DePippo
Timothy Stephens
Bingham McCutchen, L.L.P.
885 Third Avenue
New York, New York 10022
**ATTORNEYS FOR DEFENDANT
EVANS MEDICAL LIMITED**

Mitchell C. Chaney
Rodriguez Colvin & Chaney
1201 E Van Buren St.
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT
B.F. ASCHER & COMPANY, INC.**

James Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**AUTHORIZED REPRESENTATIVE
FOR DEFENDANT AMERICAN
INTERNATIONAL CHEMICAL, INC.**

Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
The Peachtree
Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238

R. Jo Reser
Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, Texas 78229
**ATTORNEYS FOR DEFENDANT
AVENTIS PASTEUR INC., f/k/a
CONNAUGHT LABORATORIES, INC.,
f/d/b/a PASTEUR MERIEUX
CONNAUGHT**

Dr. Robert Koller
Doldler
Immengasse 9
4004 Basel Switzerland
**AUTHORIZED REPRESENTATIVE
FOR DEFENDANT DOLDER**

M. Scott Michelman
Shook, Hardy & Bacon, L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

Jeffrey S. Wolff
Barclay A. Manley
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-5100
**ATTORNEYS FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**ATTORNEYS FOR ABBOTT LABORATORIES**

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**AUTHORIZED REPRESENTATIVE FOR DEFENDANT RPK PHARMACEUTICALS, INC.**

Richard B. Josephson
Douglas B. Roberson
Baker Botts, LLP
Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**ATTORNEYS FOR DEFENDANT MERCK & CO., INC.**

**DEFENDANT ELOISA T. GONZALES, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

**DEFENDANT ORALIA T. WELL, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, Texas 78501-4822