IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually | § | |
| And as Next Friend of JEREMIAH S. | § | Civil Action No. B-03-155 |
| RAMIREZ, a minor, | § | |
| | § | JURY DEMAND |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, ET AL. | § | |

United States District Court
Southern District of Texas
FILED
SEP 2 3 2003
Michael N. Milby
Clerk of Court

## RULE 7.1 CORPORATE DISCLOSURE

The parent corporation of Aventis Pasteur Inc. is Life Sciences Holdings Ltd.

No publicly held corporation owns 10% or more of the stock of Aventis Pasteur Inc.

Aventis SA, NYSE symbol AVE, is the parent corporation of Merieux Canada Holdings Limited, which is the parent corporation of Aventis Pasteur Limited, which is the parent corporation of 691526 Ontario Inc., which is the parent corporation of Life Sciences Holdings Ltd.

Respectfully submitted,

_____
R. Jo Reser, Esq.
Attorney-in-Charge
State Bar No. 16789500
Southern ID No. 10309
DAVIDSON & TROILO, P.C.
7550 W. IH-10, Suite 800
San Antonio, Texas 78229-5815
Telephone: (210) 349-6484
Facsimile: (210) 349-0041
**ATTORNEYS FOR DEFENDANT,
AVENTIS PASTEUR INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of Sept, 2003, a true and correct copy of the above and foregoing **DEFENDANT AVENTIS PASTEUR INC.'S CERTIFICATE OF INTERESTED PARTIES** has been forwarded to the following counsel of record in accordance with the Texas Rules of Civil Procedure:

**Via Certified Mail**

Ben C. Martin, Esq.
Edward W. Sampson, Esq.
William F. Blankenship, III, Esq.
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
**Attorneys for Plaintiff**

Tim Goss, Esq.
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**Attorneys for Plaintiff**

**Via Regular Mail**

Peter C. Neger, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
**and**
Amy DePippo, Esq.
Timothy Stephens, Esq.
Bingham McCutchen LLP
885 Third Avenue
New York, New York 10022
**Attorneys for Evans Medical Limited**

Mitchell C. Chaney, Esq.
Rodriguez Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
**Attorneys for B. F. Ascher & Company, Inc.**

Michael R. Klatt, Esq.
Clark, Thomas & Winters
P. O. Box 1148
Austin, Texas 78767
**Attorneys for Wyeth (f/k/a American Home Products Corporation)**

James Ray, Esq.
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**Authorized representative for Defendant American International Chemical, Inc.**

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland
**Authorized representative for Defendant, Dolder**

M. Scott Michelman, Esq.
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Attorneys for Eli Lilly and Company**

**Defendant, Oralia T. Wells, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

**Defendant, Eloisa T. Gonzalez, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

Stephanie A. Smith, Esq.
Stacey A. Martinez, Esq.
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, Texas 78702-3271
and
Jeffrey S. Wolff, Esq.
Barclay A. Manley, Esq.
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
**Attorneys for Smithkline Beecham Corporation d/b/a Glaxosmithkline**

Richard L. Josephson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
**Attorney for Merck & Co., Inc. and Abbott Laboratories**

Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
**Of Counsel for Merck & Co., Inc. and Abbott Laboratories**

Mr. Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**Authorized representative for RPK Pharmaceuticals, Inc.**

_____
R. Jo Reser