IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ, a minor, | |
| Plaintiffs, | Civil Action No. 03-CV-155 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION, et al., | |
| Defendants. | |

**DEFENDANT ELI LILLY AND COMPANY'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant Eli Lilly and Company ("Lilly") hereby files this Certificate of Interested Parties and certifies as follows:

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation to best of Lilly's knowledge, information, and belief:

I.   **PLAINTIFFS**

   1.   Veronica Ramirez, Individually.

   2.   Jeremiah S. Ramirez, a minor, though Veronica Ramirez, as Next Friend.

II.  **DEFENDANTS**

   1.   Eli Lilly and Company;

   2.   American Home Products Corporation, d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederle Laboratories;

3.  <u>Abbott Laboratories, Inc.</u>;

4.  <u>American International Chemical, Inc.</u>;

5.  <u>Aventis Pasteur, Inc.</u>, individually and as successor-in-interest to Connaught Laboratories, Inc., Pasteur Merieux, and Pasteur Merieux Connaught;

6.  <u>B. F. Ascher & Company, Inc.</u>;

7.  <u>Evans Medical Limited</u>;

8.  <u>Merck & Co., Inc.</u>;

9.  <u>RPK Pharmaceuticals, Inc.</u>;

10. <u>Dolder</u>;

11. <u>Smithkline Beecham Corporation</u>;

12. Oralia T. Wells, M.D.; and

13. Eloisa T. Gonzalez, M.D.

Upon information and belief, there are no other persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities which have a financial interest in the outcome of this case.

Respectfully submitted,

M. SCOTT MICHELMAN
Attorney-in-Charge
SBN: 00797075
Southern District of TX ID No. 20802
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 1600
Houston, TX  77002-2911
Telephone:    713/227-8008
Telefax:      713/227-9508

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

**OF COUNSEL:**

**SHOOK, HARDY & BACON L.L.P.**

DEBORAH A. MOELLER
JEFFERY A. KRUSE
One Kansas City Place
1200 Main Street
Kansas City, MO  64105-2118
Telephone:  816/474-6550
Telefax:   816/421-554

1317210v1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all counsel of record listed below by First Class United States mail in accordance with the Federal Rules of Civil Procedure on the 1st day of October, 2003.

Ben C. Martin
Law Office of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, TX 75201
and
Tim K. Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX 75204
*Attorneys for Plaintiffs*

Peter C. Neger
Bingham McCutchen
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX 78520
*Attorneys for Defendant,
B.F. Ascher & Company, Inc.*

Michael R. Klatt
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX 78767-1148
*Attorneys for Defendant Wyeth
(f/k/a American Home Products)*

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX 77057
*Authorized Representative for Defendant,
American International Chemical, Inc.*

Bradley S. Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Site 300
Atlanta, GA 30309-3238
and
R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX 78229-5818
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
*Attorneys for Defendant, Smithkline Beecham
Corporation d/b/a Glazosmithkline*

Richard L. Josephson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX 77002
*Attorneys for Defendant, Abbott Laboratories*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL 32792
*Authorized Representative for Defendant,
RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX 78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX 77002
*Of Counsel*

*Defendant,* Oralia T. Wells, M.D.
825 Lakeside Drive
Brownsville, TX 78520

*Defendant,* Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, TX 78520

_____
M. SCOTT MICHELMAN

157901v1