23

United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY §<br>and AS NEXT FRIEND OF JEREMIAH S. §<br>RAMIREZ, a minor, §<br>　　　　　　　　　　*Plaintiffs,* §<br>v. §<br>　§<br>AMERICAN HOME PRODUCTS §<br>CORPORATION d/b/a WYETH, WYETH §<br>LABORATORIES, WYETH-AYERST, §<br>WYETH-AYERST LABORATORIES, §<br>WYETH LEDERLE, WYETHER §<br>LEDERLE VACCINES AND LEDERLE §<br>LABORATORIES; ABBOTT §<br>LABORATORIES, INC.; AMERICAN §<br>INTERNATIONAL CHEMICAL, INC.; §<br>AVENTIS PASTEUR, INC., §<br>INDIVICUALLY and AS SUCCESSOR IN §<br>INTEREST TO CONNAUGHT §<br>LABORATORIES, INC.,  PASTEUR §<br>MERIEUX AND PASTEUR MERIEUX §<br>CONNAUGHT; B.F. ASCHER & §<br>COMPANY, INC.; EVANS MEDICAL §<br>LIMITED; MERCK AND CO., INC.; RPK §<br>PHARMACEUTICALS, INC.; DOLDER; §<br>ELI LILLY AND COMPANY; §<br>SMITHKLINE BEECHAM §<br>CORPORATION; ORALIA T. WELLS, §<br>M.D., ELOISA T. GONZALEZ, M.D.; and §<br>JOHN DOES #1-200, WHO ARE §<br>INDIVIDUALS, PROPRIETORSHIPS, §<br>CORPORATIONS OR OTHER §<br>ENTITIES WHOSE NAMES AND §<br>IDENTITIES ARE OTHERWISE §<br>UNKNOWN TO PLAINTIFFS, §<br>　§<br>　　　*Defendants.* §<br>　§ | Civil Action No:  B03155 |

**DEFENDANT ORALIA T. WELLS, M.D.'S MOTION TO DISMISS UNDER RULES
12(b) AND (c) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**COMES NOW,** Oralia T. Wells, M.D., a Defendant in the above-entitled and numbered cause, and files this Motion to Dismiss Under Rules 12(b) and (c) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show the Court as follows:

## I.

Pursuant to Rules 12(b) and (c) of the Federal Rules of Civil Procedure, Defendant Oralia T. Wells, M.D. moves for dismissal of the claims asserted against her in this matter. Plaintiffs, Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, a minor, assert claims against Oralia T. Wells, M.D. (*See,* Plaintiffs' Original Petition, page 8, paragraph 3.13).

## II.

Pursuant to Rules 12(b) and (c) of the Federal Rules of Civil Procedure, Defendant Oralia T. Wells, M.D. seeks dismissal of Plaintiffs' claims, in their entirety, on the basis that Plaintiffs have not exhausted the mandatory procedures set forth in the National Childhood Vaccine Injury Compensation Act ("Vaccine Act"). 42 U.S.C., Sections 300aa-1 *et seq.* Additionally and alternatively, Defendant Oralia T. Wells, M.D. seeks dismissal of Plaintiffs' claims against this Defendant of strict liability-design defect, strict liability-marketing defect, breach of implied warranty, negligence, violation of the Texas Deceptive Trade Practices Act and Assault for the reason that these are not proper claims under Texas law against healthcare providers such as these Defendants. Further, Plaintiffs' claims for damages are improper and should be dismissed. For these reasons, as more fully set forth in Defendant's Brief in Support of their Motion to Dismiss Under Rules 12(b) and (c) of the Federal Rules of Civil Procedure, the Court should dismiss this Plaintiffs' Complaint against Defendant ORALIA T. WELLS, M.D., M.D.. Defendant requests such other and further relief, both at law and in equity, to which she may show herself justly entitled to receive.

Respectfully Submitted,

STINNETT THIEBAUD & REMINGTON L.L.P.

By: _Philipa M. Remington_

**PHILIPA M. REMINGTON**
State Bar No. 16766100
**THOMAS P. SULLIVAN**
State Bar No. 19497500
**RUSSELL G. THORNTON**
State Bar No. 19982850

4800 Fountain Place
1445 Ross Avenue
Dallas, Texas  75202
(214) 954-2200
(214) 754-0999 (Fax)

**ATTORNEYS FOR DEFENDANT ORALIA
T. WELLS, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of October, 2003, a true and correct copy of

the above and foregoing instrument was forwarded to all known counsel of record on the

attached Service List.

_____

**THOMAS P. SULLIVAN**

**DEFENDANT ORALIA T. WELLS, M.D.'S MOTION TO DISMISS**                          **– Page 4**
**UNDER RULES 12(b) AND (c) OF THE FEDERAL RULES OF CIVIL PROCEDURE**
Document # 78641