IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually And as Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| Plaintiff, | § § | Civil Action No. B-03-155 |
| VS. | § § | |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ET AL. | § § § | |

## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Aventis Pasteur Inc., Individually and as Successor in Interest to Connaught Laboratories, Inc., one of the Defendants, in the above-styled and numbered cause files this Designation of Attorney In Charge for the following attorney in the above styled and numbered cause:

R. Jo Reser
State Bar #16789500
Southern ID No. 10309
DAVIDSON & TROILO, P.C.
7550 West IH-10, Suite 800
San Antonio, TX 78229
(210) 349-6484 (Telephone)
(210) 349-0041 (Fax)

Respectfully submitted,

R. Jo Reser
Attorney in Charge
State Bar #16789500
Southern ID No. 10309
DAVIDSON & TROILO, P.C.
7550 West IH-10, Suite 800
San Antonio, TX 78229
(210) 349-6484 (Telephone)
(210) 349-0041 (Fax)

#128914; 45/25                                  1

OF COUNSEL:

Bradley S. Wolff
M. Diane Owens
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3231
(404) 874-8800 (Telephone)
(404) 888-6199 (Fax)

**ATTORNEYS FOR DEFENDANT,
AVENTIS PASTEUR INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the ____ day of _____, 2003, a true and correct copy of the above and foregoing **DESIGNATON OF ATTORNEY IN CHARGE** has been forwarded to the following counsel of record in accordance with the Texas Rules of Civil Procedure:

**Via Certified Mail**

Ben C. Martin, Esq.
Edward W. Sampson, Esq.
William F. Blankenship, III, Esq.
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
**Attorneys for Plaintiff**

Tim Goss, Esq.
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, Texas 75204
**Attorneys for Plaintiff**

**Via Regular Mail**

Peter C. Neger, Esq.
Amy DePippo, Esq.
Timothy Stephens, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
**Attorneys for Evans Medical Limited**

Mitchell C. Chaney, Esq.
Rodriguez Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
**Attorneys for B. F. Ascher & Company, Inc.**

Michael R. Klatt, Esq.
Clark, Thomas & Winters
P. O. Box 1148
Austin, Texas 78767
**Attorneys for Wyeth (f/k/a American Home Products Corporation)**

James Ray, Esq.
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
**Authorized representative for Defendant American International Chemical, Inc.**

Dr. Robert Koller
Dolder
Immengasse 9
4004 Basel Switzerland
**Authorized representative for Defendant, Dolder**

M. Scott Michelman, Esq.
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Attorneys for Eli Lilly and Company**

**Defendant, Oralia T. Wells, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

**Defendant, Eloisa T. Gonzalez, M.D.**
825 Lakeside Drive
Brownsville, Texas 78520

Stephanie A. Smith, Esq.
Stacey A. Martinez, Esq.
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, Texas 78702-3271
and
Jeffrey S. Wolff, Esq.
Barclay A. Manley, Esq.
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
**Attorneys for Smithkline Beecham
Corporation d/b/a Glaxosmithkline**

Richard L. Josephson
Baker Botts L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002

**Attorney for Merck & Co., Inc.
and Abbott Laboratories**

Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
**Of Counsel for Merck & Co., Inc. and
Abbott Laboratories**

Mr. Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792
**Authorized representative for RPK
Pharmaceuticals, Inc.**

_____
R. Jo Reser