IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | Civil Action No. M-03-155 |
| Plaintiff, | § § | JURY DEMAND |
| VS. | § § | |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ET AL, | § § § § | |
| Defendants. | § | |

## DEFENDANT MERCK & CO., INC.
## CERTIFICATE OF INTERESTED PARTIES

Defendant Merck & Co., Inc. files it's Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Defendant Merck & Co., Inc.

2. Veronica Ramirez, Individually, and as Next Friend of Jeremiah S. Ramirez, a minor

3. American Home Products Corporation, doing business as Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederle Laboratories

4. Defendant Abbott Laboratories

5. American International Chemical, Inc.

6. Aventis Pasteur Inc.

7. B. F. Ascher & Company, Inc.

8. Evans Medical Limited

9. RPK Pharmaceuticals, Inc.

10. <u>Dolder</u>

11. <u>Eli Lilly and Company</u>

12. <u>Smithkline Beecham Corporation</u>

13. Oralia T. Wells, M.D.

14. Eloisa T. Gonzalez, M.D.

        Respectfully submitted,

        BAKER BOTTS L.L.P.

        By _____
        Richard L. Josephson
        Attorney-in-Charge
        State Bar No. 11031500
        One Shell Plaza
        910 Louisiana
        Houston, TX  77002
        (713) 229-1460
        (713) 229-1522 (fax)
        richard.josephson@bakerbotts.com

        COUNSEL FOR DEFENDANT MERCK & CO., INC.

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
One Shell Plaza
910 Louisiana
Houston, TX  77002
(713) 229-1460
(713) 229-1522 (fax)

HOU02:955413.1

## Certificate of Service

      I certify that on this ___ day of October 2003, I served the above pleading on all counsel of record via facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

_____
Richard L. Josephson