IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | Civil Action No. M-03-155 |
| *Plaintiff,* | § § | JURY DEMAND |
| VS. | § § | |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ET AL, | § § § § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A NOTICE OF SUPPLEMENTAL AUTHORITY**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants Abbott Laboratories, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Aventis Pasteur Inc., Merck & Co., Inc., Wyeth and Eli Lilly and Company (hereinafter "Defendants") and file this request for leave of the Court to file their Notice of Supplemental Authority, and would show as the Court as follows:

1. Considering allegations virtually identical to those presented in the instant case, United States District Judge John McBryde recently dismissed the plaintiffs' thimerosal-related claims against the Vaccine Defendants[1] and Eli Lilly and Company for failure to state a claim. *See Chiles v. American Home Products*, No. 4:03-CV-802-A, slip. op. at 5 (N.D. Tex. Oct. 2, 2003) (attached to Notice of Supplemental Authority as Exhibit A).

---

[1] The "Vaccine Defendants" are Abbott Laboratories (incorrectly named as Abbott Laboratories, Inc.) SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Aventis Pasteur Inc., Merck & Co., Inc., and Wyeth (incorrectly named as Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Vaccines).

HOU02:956152.1

2. Because the *Chiles* decision was rendered after the submission of Defendants' respective motions to dismiss and supporting briefs, the attached Notice of Supplemental Authority represents Defendants' only opportunity to advise the Court of this highly relevant authority.

3. Defendants believe the attached Notice of Supplemental Authority will be of assistance to the Court in resolving the pending motions to dismiss.

4. This request is not submitted for the purpose of delay, but rather so that justice may be served.

5. A proposed order is attached.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Merck & Co., Inc. has conferred with counsel for the Plaintiff, and he indicated that Plaintiff opposes this request.

Respectfully submitted,

By _/s/ Richard L. Josephson_
Richard L. Josephson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

Counsel For Defendant Merck & Co., Inc.

OF COUNSEL:

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1226
(713) 229-1522 (fax)

### Certificate of Service

I certify that on this 8th day of October, 2003, I served the above pleading on all counsel of record via facsimile and/or first class U.S. mail.

_/s/ Paul R. Elliott_
Paul R. Elliott