UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 20 2003

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | 1:03-CV-00155 |
|---|---|---|---|

VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ,

versus

AMERICAN HOME PRODUCTS CORPORATION, et al

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | MARY DIANE OWENS |
| Firm | SWIFT, CURRIE, McGHEE & HIERS, LLP |
| Street | 1355 Peachtree Street, NE, Suite 300 |
| City & Zip Code | Atlanta, Georgia 30309 |
| Telephone | (404) 874-8800 |
| Licensed: State & Number | Georgia #557490 |
| Admitted U.S. District Court for: | N.D. GA; M.D. GA; S.D. GA |

Seeks to appear as the attorney for this party:

AVENTIS PASTEUR, INC.

Dated: 10/3/03     Signed: *M. Diane Owens*

## ORDER

This lawyer is admitted *pro hac vice.*

Signed on _____, ____.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98