UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

OCT 2 0 2003

Michael N. Milby
Clerk of Court

| DIVISION | Brownsville | Case Number | 1:03-CV-00155 |
|---|---|---|---|

VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ,

versus

AMERICAN HOME PRODUCTS CORPORATION, et al

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | BRADLEY S. WOLFF |
| Firm | SWIFT, CURRIE, McGHEE & HIERS, LLP |
| Street | 1355 Peachtree Street, NE, Suite 300 |
| City & Zip Code | Atlanta, Georgia 30309 |
| Telephone | (404) 874-8800 |
| Licensed: State & Number | Georgia #773388 |
| Admitted U.S. District Court for: | N.D. GA; M.D. GA. |

Seeks to appear as the attorney for this party:

AVENTIS PASTEUR, INC.

Dated: 10/3/2003    Signed: [signature]

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.     _____
                                   United States District Judge

SDTX (d_prohac.ord)
02/03/98