ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, § § § § | | |
| *Plaintiff,* § | | |
| v. § | | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL, § § § § § § § § | | JURY |
| *Defendants.* § | | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO REMAND

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") and files this her Motion for Leave of the Court to file Plaintiff's Reply to Defendants' Opposition to Remand and would show the Court as follows:

1. It is necessary for Plaintiff to reply to Defendants' Opposition to Remand in order to properly address all of the arguments set forth by Defendants in their Opposition to Remand, including recently decided cases relied upon Defendants, and to present the Court with additional evidence and a complete argument which addresses all of the reasons this case should be remanded to the state court from which it was improvidently removed. As such, Plaintiff has prepared the attached Reply to Defendants' Opposition to Remand and respectfully requests a total of 14 pages,

not including exhibits, in which to do so.

2. This request is not submitted for the purpose of delay, but rather so that justice may be served.

3. A proposed order is attached.

**Wherefore Premises Considered**, Plaintiff respectfully requests that she be granted leave to file Plaintiff's Reply to Defendants' Opposition to Remand and for such other and further relief to which she is legally entitled.

                            Respectfully submitted,

                            /s/ Ben C. Martin
                            Ben C. Martin
                            State Bar No. 13052400
                            Federal I.D. No. 34150
                            **LAW OFFICES OF BEN C. MARTIN, LLP**
                            2100 McKinney Avenue, Suite 1975
                            Dallas, Texas 75201
                            (214) 761-6614 (telephone)
                            (214) 744-7590 (facsimile)

Of counsel:
Edward W. Sampson
State Bar No. 90001985
Federal I.D. No. 34096
William F. Blankenship, III
State Bar No. 90001483
Federal I.D. No. 34097
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendants, who are opposed to this Motion. Therefore, the Motion is submitted to the Court for determination.

_____
Ben C. Martin

### CERTIFICATE OF SERVICE

This is to certify that on this the 23rd day of October, 2003, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
Ben C. Martin