43

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | 1:03-CV-00155 |

VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ,

*versus*

AMERICAN HOME PRODUCTS CORPORATION, et al

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| Name | BRADLEY S. WOLFF |
| Firm | SWIFT, CURRIE, McGHEE & HIERS, LLP |
| Street | 1355 Peachtree Street, NE, Suite 300 |
| City & Zip Code | Atlanta, Georgia 30309 |
| Telephone | (404) 874-8800 |
| Licensed State & Number | Georgia #773388 |
| Admitted U.S. District Court for: | N.D. GA; M.D. GA. |

**Seeks to appear as the attorney for this party:**

AVENTIS PASTEUR, INC.

Dated: 10/3/2003    Signed: [signature]

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on Oct. 23, 2003    [signature]
                            United States District Judge

SDTX (d_prohac.ord)
02/03/98