United States District Court
Southern District of Texas
FILED

OCT 28 2003

Michael N. Milby
Clerk of Court

44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | Civil Action No. B-03-0155 |
| *Plaintiff*, | § § | JURY DEMAND |
| VS. | § § | |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ET AL, | § § § § | |
| *Defendants*. | § § | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE
### SUR-REPLY IN OPPOSITION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants Abbott Laboratories, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Aventis Pasteur Inc., Merck & Co., Inc., Wyeth and Eli Lilly and Company (hereinafter "Defendants") and file this request for leave of the Court to file their Sur-reply in Opposition to Plaintiff's motion to remand, and would show as the Court as follows:

1. Defendants respectfully request leave of the Court to file the enclosed Sur-reply so that Defendants may respond to Plaintiff's arguments and authorities raised for the first time in their Reply to Defendants' Opposition to Remand ("Reply") as well as the post-removal affidavit attached to same.

2. Defendants also request leave of the Court to file the enclosed Sur-reply so that Defendants may make the Court aware of the Fifth Circuit's progress in addressing the petitions for rehearing *en banc* before the Fifth Circuit in *Smallwood v Illinois Central Railroad Co.*, No. 02-60782 and *Collins v. American Home Products Corp.*, No. 02-60736, 02-607-64.

3. This motion for leave of the Court to file a Sur-reply in opposition to Plaintiff's motion to remand is not submitted for the purpose of delay, but rather so that justice may be served.

4. A proposed order is attached.

### CERTIFICATE OF CONFERENCE

Counsel for Defendant Merck & Co., Inc. has conferred with counsel for the Plaintiffs, and he indicated that Plaintiff opposes this request.

Respectfully submitted,

By _____ / by permission
Richard L. Josephson                    Douglas B. Roberson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

Counsel For Defendant Merck & Co., Inc.

OF COUNSEL:

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1226
(713) 229-1522 (fax)

## Certificate of Service

I certify that on this 27th day of October, 2003, I served the above pleading on all counsel of record via facsimile and/or first class U.S. mail.

_____
Richard L. Josephson