UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, Individually and A/N/F of JEREMIAH S. RAMIREZ, a Minor,<br>          Plaintiffs,<br><br>VS.<br><br><br>AMERICAN HOME PRODUCTS CORPORATION, et al.,<br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§    C.A. No. 03-CV-155<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT ELI LILLY AND COMPANY'S
### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'
### COMBINED MEMORANDUM RESPONSE TO MOTIONS TO DISMISS

Defendant Eli Lilly and Company ("Lilly") files this Unopposed Motion for Leave to File a Reply to Plaintiffs' Combined Memorandum Response to the Motions to Dismiss Filed by Vaccine Defendants and by Eli Lilly and Company. In support of this motion, Lilly would show the following:

1. On September 10, 2003, Lilly filed its Motion to Dismiss with this Court.

2. On September 30, 2003, Plaintiffs filed a Combined Memorandum Response to the Motions to Dismiss Filed by Vaccine Defendants and by Eli Lilly and Company ("Plaintiffs' Response"). Plaintiffs, however, did not serve that Response on Lilly's attorney-in-charge, or on any other counsel of record for Lilly in this proceeding.

3. Lilly has just became aware of Plaintiffs' Response and—notwithstanding the fact that, based on the date of filing, Lilly's reply might otherwise be untimely—Lilly would like the opportunity to file a reply brief.

160986v1


4. Plaintiffs' counsel have stated that they do not oppose this motion.

WHEREFORE Lilly respectfully requests that the Court grant it leave to file Lilly's Reply to Plaintiffs' Combined Memorandum Response to Motions to Dismiss.

Respectfully submitted,

M. SCOTT MICHELMAN
Attorney-in-Charge
State Bar No. 00797075
So. Dist. of TX ID No. 20802
SHOOK, HARDY & BACON, L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2911
Telephone:    713/227-8008
Telefax:         713/227-9508

ATTORNEYS FOR DEFENDANT,
ELI LILLY AND COMPANY

**OF COUNSEL:**

DEBORAH A. MOELLER
JEFFERY A. KRUSE
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone:    816/474-6550
Telefax:         816/421-5547

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has discussed the foregoing Motion with counsel for all parties in this case, and they have stated that they do not oppose it.

M. SCOTT MICHELMAN

2

160986v1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing has been served on all counsel of record listed below in accordance with the Federal Rules of Civil Procedure on this the _28th_ day of October, 2003:

Ben C. Martin
Law Office of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, TX 75201
and
Tim K. Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX 75204
*Attorneys for Plaintiffs*

Peter C. Neger
Bingham McCutchen
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX 78520
*Attorneys for Defendant,
B.F. Ascher & Company, Inc.*

Michael R. Klatt
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX 78767-1148
*Attorneys for Defendant Wyeth
(f/k/a American Home Products)*

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX 77057
*Authorized Representative for Defendant,
American International Chemical, Inc.*

Bradley S. Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Site 300
Atlanta, GA 30309-3238
and
R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX 78229-5818
and

Miguel D. Wise
Miguel D. Wise, P.C.
134 West 5th Street
Weslaco, TX 78596
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
*Attorneys for Defendant, Smithkline Beecham Corporation d/b/a Glazosmithkline*

Richard L. Josephson/Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX 77002
*Attorneys for Defendant, Abbott Laboratories*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL 32792
*Authorized Representative for Defendant,
RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX 78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

Thomas P. Sullivan
Stinnett Thiebaud & Remington L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2702
*Attorneys for Defendant, Oralia T. Wells, M.D.*

Defendant, Eloisa T. Gonzalez, M.D.
825 Lakeside Drive
Brownsville, TX 78520

/s/ M. SCOTT MICHELMAN

3