United States District Court
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, § | |
| INDIVIDUALLY and AS NEXT FRIEND OF § | |
| JEREMIAH S. RAMIREZ, a minor. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-155 |
| § | |
| AMERICAN HOME PRODUCTS CORP., § | |
| ET AL § | |

**DEFENDANT, AMERICAN INTERNATIONAL CHEMICAL, INC.'S,
JOINDER AND CONSENT TO REMOVAL OF CIVIL ACTION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

American International Chemical, Inc., by and through its counsel, and without waiving service of process or any defenses and without consenting to either jurisdiction or venue, joins in and consents to the removal of Cause Number 2003-06-3291-A from the 107th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

By: _____ /KDG by permission
James L. Ray; TBN: 16604250
Attorney-in-Charge for American
International Chemical, Inc.
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, TX 77057
(713) 266-3121
(713) 266-3188 FAX

OF COUNSEL:

Daw & Ray
A Professional Corporation
Kyle D. Giacco
TBN: 07839150

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by CM/RRR and regular mail on this the 24th day of October, 2003.

**CERTIFIED MAIL RETURN RECEIPT REQUEST(CM/RRR) DELIVERY**

*Via CM/RRR 7002 2030 0002 1782 8048*
Eduardo Robert Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

*Via CM/RRR 7002 2030 0002 1782 8031*
Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
LAW OFFICES OF BEN C. MARTIN
2100 McKinney Ave., Suite 1975
Dallas, Texas 75204

**REGULAR MAIL DELIVERY**

Mr. Michael R. Klatt
CLARK, THOMAS & WINTERS
300 West 6th Street, 15th Floor
Austin Texas 78707

Mr. Mitchell C. Chaney
RODRIGUEZ COLVIN & CHANEY
1201 E. Van Buren St.
Brownsville, Texas 78520

Mr. Peter C. Neger
BINGHAM MCCUTCHEN, L.L.P
399 Park Avenue
New York, New York 10022

Mr. Daniel J. Thomasch/Ms. Lauren J. Elliot
Ms. Holly Dellenbaugh
ORRICK, HERRINGTON & SUTCLIFFE, L.L.P.
666 Fifth Avenue
New York, New York, 10103

Ms. Amy DePippo/Mr. Timothy Stephens
BINGHAM MCCUTCHEN, L.L.P.
885 Third Avuen
New York, New York 10022

Mr. Bradley S. Wolfe
SWIFT, CURRIE, McGHEE & HIERS
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3231

Mr. R. Jo Reser
DAVIDSON & TROILO, P.C.
7750 W. IH-10, Suite 800
San Antonio, Texas 78229

Mr. Mike Wise
Miguel D. Wise, P.C.
134 W. 5th Street
Weslaco, TX 78596

Dr. Robert Koller
Doldler
Immengasse 9
4004 Basel Switzerland

Mr. M. Scott Michelman
SHOOK, HARDY & BACON, L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Ms. Jennifer G. Jackson
Mr. Bryan Haynes
LOCKE LIDDELL & SAPP, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Ms. Deborah A. Moeller
Mr. Jeffrey A. Kruse
SHOOK, HARDY & BACON, L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

| | | |
|---|---|---|
| Mr. Jeffrey S. Wolff<br>Mr. Barclay A. Manley<br>Mr. Charles Jason Rother<br>FULBRIGHT & JAWORSKI<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-5100 | Ms. Stephanie Smith<br>Ms. Stacey A. Martinez<br>FULBRIGHT & JAWORSKI<br>600 Congress Avenue, Suite 2400<br>Austin, Texas 78701-3271 | Mr. Vincent S. Walkowiak<br>FULBRIGHT & JAWORSKI<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784 |
| Mr. Richard L. Josephson<br>Mr. Paul R. Elliott<br>Mr. Douglas B. Roberson<br>BAKER BOTTS, L. L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002-4995 | Mr. Michael Losasso<br>3001 Aloma Avenue, Suite 220<br>Winter Park, Florida 32792 | ELOISA T. GONZALES M.D.<br>825 Lakeside Drive<br>Brownsville, Texas 78520 |
| ORALIA T. WELL, M.D.<br>825 Lakeside Drive<br>Brownsville, Texas 78520 | Mr. Edmundo O. Ramirez<br>Ellis Koeneke & Ramirez<br>1101 Chicago<br>McAllen, Texas 78501-4822 | Mr. Thomas P. Sullivan<br>STINNETT THIEBAUD &<br>REMINGTON, L.L.P.<br>4800 Fountain Place<br>1445 Ross Avenue<br>Dallas Texas 75202 |

James L. Ray/Kyle D Giacco