IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor. | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORP., ET AL | § § § | |
**CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES**

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Defendant, American International Chemical, Inc., lists the following entities with a financial interest in the outcome of this case:

1. American International Chemical, Inc.;

2. Gerling Insurance Companies, including Gerling America Insurance Company;

3. Veronica Ramirez;

4. American Home Products Corporation, d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyether Lederle, Wyether Lederle Vaccines and Lederle Laboratories;

5. Abbott Laboratories, Inc.;

6. Aventis Pasteur Inc.

7. B.F. Ascher & Company, Inc.;

8. Evans Medical Limited;

9. Dolder;

10. Eli Lilly and Company;

11. SmithKline Beecham Corporation;

12. RPK Pharmaceuticals, Inc.;

13.    Eloisa T. Gonzales, M.D.;

14.    Oralia T. Well, M.D.;

15.    Edmundo O. Ramirez;

16.    Antonio Rodriguez, M.D.

Respectfully submitted,

By: _James L. Ray by permission KDG_
James L. Ray
TBN: 16604250
Attorney In Charge for
American International Chemical, Inc.
5718 Westheimer, Suite 1750
Houston, TX 77057
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

OF COUNSEL:

Daw & Ray
A Professional Corporation
Kyle D. Giacco
TBN: 07839150

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by CM/RRR and regular mail on this the 24th day of October, 2003.

## CERTIFIED MAIL RETURN RECEIPT REQUEST(CM/RRR) DELIVERY

*Via CM/RRR 7002 2030 0002 1782 8048*
Eduardo Robert Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

*Via CM/RRR 7002 2030 0002 1782 8031*
Ben C. Martin
Edward W. Sampson
William F. Blankenship, III
LAW OFFICES OF BEN C. MARTIN
2100 McKinney Ave., Suite 1975
Dallas, Texas 75204

## REGULAR MAIL DELIVERY

Mr. Michael R. Klatt
CLARK, THOMAS & WINTERS
300 West 6th Street, 15th Floor
Austin Texas 78707

Mr. Mitchell C. Chaney
RODRIGUEZ COLVIN & CHANEY
1201 E. Van Buren St.
Brownsville, Texas 78520

Mr. Peter C. Neger
BINGHAM MCCUTCHEN, L.L.P
399 Park Avenue
New York, New York 10022

Mr. Daniel J. Thomasch/Ms. Lauren J. Elliot
Ms. Holly Dellenbaugh
ORRICK, HERRINGTON & SUTCLIFFE, L.L.P.
666 Fifth Avenue
New York, New York, 10103

Ms. Amy DePippo/Mr. Timothy Stephens
BINGHAM MCCUTCHEN, L.L.P.
885 Third Avuen
New York, New York 10022

Mr. Bradley S. Wolfe
SWIFT, CURRIE, MCGHEE & HIERS 1355 Peachtree Street, N.E.,
Suite 300
Atlanta, Georgia 30309-3231

Mr. R. Jo Reser
DAVIDSON & TROILO, P.C.
7750 W. IH-10, Suite 800
San Antonio, Texas 78229

Mr. Mike Wise
Miguel D. Wise, P.C.
134 W. 5th Street
Weslaco, TX 78596

Dr. Robert Koller
Doldler
Immengasse 9
4004 Basel Switzerland

Mr. M. Scott Michelman
SHOOK, HARDY & BACON, L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Ms. Jennifer G. Jackson
Mr. Bryan Haynes
LOCKE LIDDELL & SAPP, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Ms. Deborah A. Moeller
Mr. Jeffrey A. Kruse
SHOOK, HARDY & BACON, L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

| | | |
|---|---|---|
| Mr. Jeffrey S. Wolff<br>Mr. Barclay A. Manley<br>Mr. Charles Jason Rother<br>FULBRIGHT & JAWORSKI<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-5100 | Ms. Stephanie Smith<br>Ms. Stacey A. Martinez<br>FULBRIGHT & JAWORSKI<br>600 Congress Avenue, Suite 2400<br>Austin, Texas 78701-3271 | Mr. Vincent S. Walkowiak<br>FULBRIGHT & JAWORSKI<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784 |
| Mr. Richard L. Josephson<br>Mr. Paul R. Elliott<br>Mr. Douglas B. Roberson<br>BAKER BOTTS, L. L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002-4995 | Mr. Michael Losasso<br>3001 Aloma Avenue, Suite 220<br>Winter Park, Florida 32792 | ELOISA T. GONZALES M.D.<br>825 Lakeside Drive<br>Brownsville, Texas 78520 |
| ORALIA T. WELL, M.D.<br>825 Lakeside Drive<br>Brownsville, Texas 78520 | Mr. Edmundo O. Ramirez<br>Ellis Koeneke & Ramirez<br>1101 Chicago<br>McAllen, Texas 78501-4822 | Mr. Thomas P. Sullivan<br>STINNETT THIEBAUD &<br>REMINGTON, L.L.P.<br>4800 Fountain Place<br>1445 Ross Avenue<br>Dallas Texas 75202 |

James L. Ray/Kyle D Giacco

E:\123\056\Pleadings\Financially interested parties.wpd