# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY | § | |
| and AS NEXT FRIEND OF | § | |
| JEREMIAH S. RAMIREZ, a minor, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, WYETH | § | JURY |
| LABORATORIES, WYETH-AYERST, | § | |
| WYETH-AYERST LABORATORIES, | § | |
| WYETH LEDERLE, WYETHER | § | |
| LEDERLE VACCINES and LEDERLE | § | |
| LABORATORIES, ET AL, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE OF PROCESS

COME NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S.

RAMIREZ, A MINOR, Plaintiffs ("Plaintiffs") and file this Notice of Filing Proof of Service of

Process and would show the Court as follows:

### I.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs file as attachments hereto proof

of service on the following defendants:

| | |
|---|---|
| Abbott Laboratories, Inc. (Exhibit 1) | Merck & Company, Inc. (Exhibit 6) |
| American Home Products Corp. (Exhibit 2) | RPK Pharmaceuticals, Inc. (Exhibit 7) |
| Aventis Pasteur, Inc. (Exhibit 3) | Smithkline Beecham Corp. (Exhibit 8) |
| B.F. Ascher & Company, Inc. (Exhibit 4) | Eloisa T. Gonzalez, M.D. (Exhibit 9) |
| Eli Lilly and Company (Exhibit 5) | Oralia T. Wells, M.D. (Exhibit 10) |

Respectfully submitted,

Ben C. Martin
State Bar No. 13052400
Federal I.D. No. 34150
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Of counsel:
Edward W. Sampson
State Bar No. 90001985
Federal I.D. No. 34096
William F. Blankenship, III
State Bar No. 90001483
Federal I.D. No. 34097
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

## Certificate of Service

This is to certify that on this the 2\1 day of October, 2003, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Ben C. Martin

**Plaintiff's Notice of Filling Proof of Service of Process**                              **Page 2**



Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>   Lit. Seq. # <u>5.003.01</u>

No. <u>2003-06-003291-A</u>

T H E   S T A T E   O F   T E X A S   

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>ABBOTT LABRATORIES, INC.</u>
    <u>SERVING REGISTERED AGENT</u>
    <u>CT CORPORATION SYSTEM</u>
    <u>350 NORTH ST.PAUL</u>
    <u>DALLAS, TEXAS 75201</u>

the _____<u>DEFENDANT</u>_____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>107th</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____<u>PETITION</u>_____ was filed on <u>JUNE 27, 2003</u>. A copy of same accompanies this citation.

The file number of said suit being No. <u>2003-06-003291-A</u>.

The style of the case is:

<u>VERONICA RAMIREZ ET.AL,</u>
<u>VS.</u>
<u>AMERICAN HOME PRODUCTS CORPORATION ET. AL,</u>

Said petition was filed in said court by _____<u>WILLIAM F. BLANKENSHIP, III</u>_____ (Attorney for _____<u>PLAINTIFF</u>_____), whose address is <u>2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS 75201</u>.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>1st</u> day of <u>JULY</u>, A.D. <u>2003</u>.

## AFFIDAVIT OF SERVICE

CASE NO. 2003063291A                              COURT: 107

Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S. RAMIREZ, A MINOR


VS.


AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.


The documents below came to hand for service on 08/13/03   Time: 14:00:0 o'clock.

Documents received for service:

**CITATION PLAINTIFF'S ORIGINAL PETITION**

```
FILED  12:30  O'CLOCK  ___ M
AURORA DE LA GARZA DIST. CLERK

AUG 2 5 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
R. L. J.                        DEPUTY
```

The documents listed above were executed on 08/18/03

at: 350 N. St. Paul St.
    Dallas,, TX 75201


the defendant's usual mailing address, by delivering to the within named:

**Abbott Labratories, Inc.**
**Serving Reg. Agent: Ct Corporation System**

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ _____          Eddie M Gonzalez
                                 Professional Civil Process Brownsville
                                 700 Paredes Ave. Suite 208
                                 Brownsville, Texas 78520


STATE OF TEXAS    }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the ___ day of _____ ,2003.

                                 _____
                                 NOTARY PUBLIC SIGNATURE

```
JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 07 2005
```

PCP Inv. # R0803 129



Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.002.01

No. 2003-06-003291-A

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: AMERICAN HOME PRODUCTS CORPORATION
    SERVING REGISTERED AGENT
    PRENTICE HALL CORPORATION SYS
    800 BRAZOS
    AUSTIN, TEXAS 78701

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on __JUNE 27, 2003__ .  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201_____ .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _1st_ day of __JULY__ , A.D. 2003.

AURORA DE LA GARZA   , DISTRICT CLERK

AFFIDAVIT OF SERVICE

COPY

CASE NO. 2003063291A                              COURT: 107

Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S. RAMIREZ, A MINOR

VS.

AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.

The documents below came to hand for service on 08/13/03    Time: 14:00:0 o'clock.

Documents received for service:

CITATION PLAINTIFF'S ORIGINAL PETITION

FILED  11:45 O'CLOCK
AURORA DE LA GARZA DIST. CLERK

AUG 2 8 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

The documents listed above were executed on 08/25/03

at: 800 Brazos St.
    Austin,, TX

the defendant's usual mailing address, by delivering to the within named:

American Home Products Corporation, Reg. Agent: Prentice
Hall Corp. System By Certified Mail 7099 3220 0001 2240 0852

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ _____        Eddie M Gonzalez
                               Professional Civil Process Brownsville
                               700 Paredes Ave. Suite 208
                               Brownsville, Texas 78520

STATE OF TEXAS    }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the ___ day of _____,2003.

                               NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION ISSUED
February 02, 2005

PCP Inv. # R0803 130        February 02, 2005



Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>    Lit. Seq. # <u>5.005.01</u>

No. <u>2003-06-003291-A</u>

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.


TO: AVENTIS PASTEUR, INC.
    SERVING REGISTERED AGENT
    CT CORPORATION SYSTEM
    350 NORTH ST.PAUL
    DALLAS, TEAXS 75201


the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>107th</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on ___ JUNE 27, 2003 ___ .  A copy of same accompanies this citation.

The file number of said suit being No. <u>2003-06-003291-A</u>.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____ WILLIAM F. BLANKENSHIP, III (Attorney for _____ PLAINTIFF _____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201


The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.


The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.


Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>1st</u> day of <u>JULY</u>, A.D. <u>2003</u>.

AURORA DE LA GARZA    DISTRICT CLERK

# AFFIDAVIT OF SERVICE

CASE NO. 2003063291A

Clt. Ref.#

COURT: **COPY**

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S. RAMIREZ, A MINOR

VS

AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.

The documents below came to hand for service on 08/13/03   Time: 14:00:0 o'clock.

Documents received for service:

CITATION PLAINTIFF'S ORIGINAL PETITION

```
FILED ____10:35____ O'CLOCK ___P__ M
AURORA DE LA GARZA DIST. CLERK

            AUG 2 2 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
                              DEPUTY
```

The documents listed above were executed on 08/18/03

at: 350 N. St. Paul St.
    Dallas,, TX 75201

the defendant's usual mailing address, by delivering to the within named:

**Aventis Pasteur, Inc., Reg. Agent: C.T. Corporation**
**By Certified Mail 7099 3220 001 2240 0906**

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ ___50___

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS   }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to; the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the ___ day of _____ ,2003

NOTARY PUBLIC SIGNATURE

PCP Inv. # R0803 135



Citation for Personal Service - NON-RESIDENT NOTICE      Lit. Seq. # 5.006.01

No. 2003-06-003291-A

THE   STATE   OF   TEXAS   **ORIGINAL COPY**

   NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: B.F. ASCHER & COMPANY, INC.
    SERVING IT'S PRESIDENT AND
    CHIEF EXECUTIVE OFFICER
    JAMES ASCHER, SR.
    15501 WEST 109TH STREET
    LENEXA, KANSAS 66219
the _____DEFENDANT_____, GREETING:

   You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on ___JUNE 27, 2003___.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201                              .

   The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

   The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

   Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 1st day of ___JULY___, A.D. 2003.

                              AURORA DE LA GARZA  , DISTRICT CLERK

EXHIBIT

9

Citation for Personal Service __- GENERAL____    Lit. Seq. # 5.014.01

No. 2003-06-003291-A



THE   STATE   OF   TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ELOISA T. GONZALEZ, M.D._____
    SERVING AT PRINCIPAL PLACE OF_____
    BUISNESS 825 LAKESIDE DRIVE_____
    BROWNSVILLE, TEXAS 78520_____

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on __JUNE 27, 2003__.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

_____VERONICA RAMIREZ ET.AL,_____
                        VS.
    _____AMERICAN HOME PRODUCTS CORPORATION ET. AL,_____

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201_____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the __1st__ day of ___JULY___, A.D. 2003.



Citation for Personal Service  - GENERAL                    Lit. Seq. # 5.013.01

No. 2003-06-003291-A

**T H E   S T A T E   O F   T E X A S**                    COPY ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ORALIA T. WELLS, M.D.
SERVING AT PRINCIPAL PLACE OF
BUISNESS 825 LAKESIDE DRIVE
BROWNSVILLE, TEXAS 78520

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on __JUNE 27, 2003__.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201_____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the __1st__ day of __JULY__, A.D. 2003.



## AFFIDAVIT OF SERVICE

COUNTY: CAMERON          CASE # 2003063291A          COURT 107
                                                            Clt. Ref.# 123          Clt.#    8102

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S. RAMIREZ, A MINOR

VS
AMERICAN HOME PRODUCTS CORP., D/B/A WYETH, WYETH LABORATORIES,
WYETH-AYERST, WYETH-AYERST LABORATORIES, ET. AL.


The documents came to hand for service on 08/20/03  Time: 12:36:14

Documents received for service:

**CITATION ORIGINAL PETITION**


The documents were delivered on 08/25/03  Time: 15:00:00

Executed at: 5024 N. 10th St.
             McAllen, TX 78501
to the following: **Wells, Oralia T., M.D.**

```
FILED _____ O'CLOCK ____ M
AURORA DE LA GARZA, CLERK
        SEP 0 3 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS
```

___✓___  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____ a person
         over sixteen (16) years of age, at the above listed address which is the usual
         place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Beatrice Cantu _____ , am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____             Beatrice Cantu
                                 Professional Civil Process
Witness Fee Tendered: _____   4307 North Tenth St. #G-2

STATE OF TEXAS}                   McAllen, Texas 78504
                    VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this ___ day of _____ 2003.

PCP Inv. #V0803 252

                    NOTARY PUBLIC FOR THE STATE OF TEXAS



                    **CYNTHIA C. RODRIGUEZ**
                    **Notary Public**
                    **State of Texas**
                    **My Comm. Exp. 4-13-2005**



Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.011.01

No. 2003-06-003291-A



T H E    S T A T E    O F    T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ELI LILLY AND COMPANY
    SERVING REGISTERED AGENT
    NATIONAL REGISTERED AGENTS,INC
    1614 SIDNEY BAKER STREET
    KERRVILLE, TEXAS 78028

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on ___JUNE 27, 2003___.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _1st_ day of ___JULY___, A.D. 2003.

AURORA DE LA GARZA  ,  DISTRICT CLERK

## AFFIDAVIT OF SERVICE

COPY

CASE NO. 2003063291A                                    COURT: 107

Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S RAMIREZ, A MINOR


VS.

AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.


The documents below came to hand for service on 08/13/03    Time: 14:00:0 o'clock.

Documents received for service:

CITATION PLAINTIFF'S ORIGINAL PETITION

```
FILED  10-25      O'CLOCK   A  M
AURORA DE LA GARZA DIST. CLERK

          AUG 2 2 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
                                   DEPUTY
```

The documents listed above were executed on 08/18/03

at: 1614 Sidney Baker Street
    Kerrville,, TX 78028

the defendant's usual mailing address, by delivering to the within named:

**Eli Lilly And Company Reg. Agent: National Registered Agents
, Inc. By Certified Mail 7099 3220 0001 2240 0871**

by certified mail.  Return receipt with signature thereon is attached hereto, each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ ___50___

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520


STATE OF TEXAS    }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the _01_ day of _Oly_____ ,2003.

NOTARY PUBLIC SIGNATURE



Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.008.01

No. 2003-06-003291-A

THE STATE O  ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: MERCK & CO., INC.
    SERVING REGISTERED AGENT
    CT CORPORATION SYSTEM
    350 NORTH ST. PAUL
    DALLAS, TEXAS 75201

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on __JUNE 27, 2003__.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III_____ (Attorney for _____PLAINTIFF_____), whose address is 2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _1st_ day of __JULY__, A.D. 2003.

## AFFIDAVIT OF SERVICE

CASE NO. 2003063291A                                    COURT: 107

                                           Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
C RAMIREZ, A MINOR


VS


AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.


The documents below came to hand for service on 08/13/03   Time: 14:00:0 o'clock.

Documents received for service:

CITATION PLAINTIFF'S ORIGINAL PETITION

```
FILED 10:25 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK

AUG 2 2 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
                              DEPUTY
```

The documents listed above were executed on 08/18/03

at: 350 N. St. Paul St.
    Dallas,, TX 75201


the defendant's usual mailing address, by delivering to the within named:

**Merck & Co., Inc. By Serving It's Reg. Agent: C.T. Corp.
Systems By Certified Mail 7099 3220 0001 2240 0890**

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ ___50___

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520


STATE OF TEXAS    }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the 21 day of Aug ,2003.

NOTARY PUBLIC SIGNATURE

PCP Inv. # R0803 134



Citation for Personal Service - NON-RESIDENT NOTICE   Lit. Seq. # 5.009.01

No. 2003-06-003291-A



T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RPK PHARMACEUTICALS, INC.
    SERVING REGISTERED AGENT
    PETER J. FURNI
    3513 BREAKWATER AVENUE
    HAYWARD, CALIFORNIA 94545

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on __ JUNE 27, 2003 __.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

_____ VERONICA RAMIREZ ET.AL, _____
VS.
_____ AMERICAN HOME PRODUCTS CORPORATION ET. AL, _____

Said petition was filed in said court by _____ WILLIAM F. BLANKENSHIP, III _____
(Attorney for _____ PLAINTIFF _____), whose address is
2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS   75201 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 1st day of __ JULY __, A.D. 2003.

AURORA DE LA GARZA      DISTRICT CLERK

## AFFIDAVIT OF SERVICE



CASE NO. 2003063291A                                    COURT: 107

Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S RAMIREZ, A MINOR


VS.


AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.


The documents below came to hand for service on 08/13/03    Time: 14:00:0 o'clock.

Documents received for service:

CITATION PLAINTIFF'S ORIGINAL PETITION


The documents listed above were executed on 08/22/03

at: 3513 Breakwater Avenue
    Hayward,, CA 94545

the defendant's usual mailing address, by delivering to the within named:

Rpk Pharmaceuticals, Inc.
Reg. Agent: Peter J. Furni

FILED ___:___ O'CLOCK ___M
AURORA DE LA GARZA, CLERK

AUG 27 2003

DISTRICT COURT OF CAMERON COUNTY TEXAS
                                    DEPUTY

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520


STATE OF TEXAS    }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the ____ day of _____,2003.

NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

PCP Inv. # R0803 133



Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.012.01

No. 2003-06-003291-A



T H E    S T A T E    O F    T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.


TO: SMITHKLINE BEECHAM CORPORATION
    SERVING REGISTERED AGENT
    CORPORATION SERVICE COMPANY
    800 BRAZOS
    AUSTIN, TEXAS 78701

the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said         PETITION         was filed on ___JUNE 27, 2003___ .  A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003291-A.

The style of the case is:

VERONICA RAMIREZ ET.AL,
VS.
AMERICAN HOME PRODUCTS CORPORATION ET. AL,

Said petition was filed in said court by _____WILLIAM F. BLANKENSHIP, III
(Attorney for          PLAINTIFF          ), whose address is
2100 MCKINNEY AVENUE, STE 1975 DALLAS, TEXAS  75201 _____.


The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.


The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.


Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 1st day of ___JULY___ , A.D. 2003.

    AURORA DE LA GARZA    , DISTRICT CLERK

## AFFIDAVIT OF SERVICE

COPY

CASE NO. 2003063291A                                COURT: 107

Clt. Ref.#

VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH
S RAMIREZ, A MINOR


VS.

AMERICAN HOME PRODUCTS CORPORATION, D/B/A WYETH, WYETH  A
LABORATORIES, ET. AL.


The documents below came to hand for service on 08/13/03   Time: 14:00:0 o'clock.

Documents received for service:

**CITATION PLAINTIFF'S ORIGINAL PETITION**

FILED 11:45 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

AUG 28 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

The documents listed above were executed on 08/25/03

at 800 Brazos St.
Austin,, TX 78701

the defendant's usual mailing address, by delivering to the within named:

**Smithkline Beecham Corporation, Reg. Agent: Corporation**
**Service Company By Certified Mail 7099 3220 0001 2240 0920**

by certified mail.  Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS      }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are true
and correct.  Given my hand and seal of office on this the ___ day of _____ ,2003

NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

PCP Inv. # R0803-137