| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

53

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | McAllen | Action Number | 03-CV-155 |
|---|---|---|---|

United States District Court
Southern District of Texas
FILED

NOV 12 2003

Michael N. Milby
Clerk of Court

VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a Minor

*versus*

AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES AND LEDERLE LABORATORIES; ABBOTT LABORATORIES, INC.; AMERICAN INTERNATIONAL CHEMICAL, INC.; AVENTIS PASTEUR, INC., INDIVIDUALLY and AS SUCCESSOR IN INTEREST TO CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX AND PASTEUR MERIEUX CONNAUGHT; B.F. ASCHER & COMPANY, INC.; EVANS MEDICAL LIMITED, MERCK AND CO., INC.; RPK PHARMACEUTICALS, INC.; DOLDER; ELI LILLY AND COMPANY; SMITHKLINE BEECHAM CORPORATION; ORALIA T. WELLS, M.D.; ELOISA T. GONZALEZ, M.D. and JOHN DOES #1-200, WHO ARE INDIVIDUALS, PROPRIETORSHIPS, CORPORATIONS OR OTHER ENTITIES WHOSE NAMES AND IDENTITIES ARE OTHERWISE UNKNOWN TO PLAINTIFFS,

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Sidney L. Murphy |
| Firm | Law Offices of Joel J. Steed, P.C. |
| Street | 5910 N. Central Expressway, Suite 650 |
| City & Zip Code | Dallas, 75206 |
| Telephone | (214) 691-0643 |
| Licensed: State & Number | Texas State Bar # 07944034 |
| Admitted US District Court for: | Northern District of Texas |

Seeks to appear as the attorney for this party:

| Eloisa T. Gonzalez, M.D. |
|---|

| Dated: 11/05/2003 | Signed: *Sidney L. Murphy* |
|---|---|

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, 200__.

_____
United States District Judge

SDTX AA-6 (8/98)
S:\DOCS\001\20269\PRO HAC VICE.wpd