IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, <br><br> *Plaintiff,* <br><br> v. <br><br> AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL, <br><br> *Defendants.* | CIVIL ACTION NO. B-03-155 <br><br> JURY |

**PLAINTIFF'S RESPONSE TO DEFENDANT AMERICAN INTERNATIONAL CHEMICAL, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO ABATE**

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") and files this her Response to the Motion to Dismiss or in the alternative Motion to Abate filed by American International Chemical, Inc. ("AIC"). In support of this Response, Plaintiff would respectfully show the Court the following:

1. The motion to dismiss filed by AIC reiterates the arguments asserted in the motions to dismiss previously filed by the manufacturer defendants. AIC does not assert any new or original grounds in its motion to dismiss. AIC adds no new arguments, authorities or grounds for dismissal that are separate or additional to those asserted in the other defendants'

dismissal motions.

2. Plaintiff has fully addressed the arguments raised by American International Chemical in her response to the motions to dismiss filed by other defendants. Thus, Plaintiff respectfully directs the Court's attention to, and incorporates by reference, the briefing contained in "Plaintiff's Combined Memorandum Response to the Motions to Dismiss filed by Vaccine Defendants and Eli Lilly and Company." Plaintiff hereby incorporates by reference all arguments, authorities, representations and requests for relief contained in her previously filed response (and any other relevant responsive filings) which apply to the Motion to Dismiss filed by Defendant American International Chemical, Inc..

3. For all the reasons set forth in her previously filed response, Plaintiff respectfully requests that the Court deny Defendant, American International Chemical, Inc.'s Motion to Dismiss or in the alternative Motion to Abate. Plaintiff further requests any and all other relief to which she may be justly entitled.

Respectfully submitted,

Ben C. Martin
State Bar No. 13052400
Federal I.D. No. 34150
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL, | § § § § § § § § | JURY |
| *Defendants.* | § | |

## ORDER DENYING DEFENDANT AMERICAN INTERNATIONAL CHEMICAL, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO ABATE

On this day on a regular term of Court came on to be heard Defendant American International Chemical, Inc.'s Motion to Dismiss or in the Alternative Motion to Abate ("Motion") in the above-styled and numbered cause. The Court, after a thorough review of the Motion, is of the opinion that the Motion is without merit and should be **DENIED** in its entirety.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant American International Chemical, Inc.'s Motion to Dismiss or in the Alternative Motion to Abate is **DENIED** in its entirety.

**SIGNED** on this ___ day of _____, 2003.

_____
**UNITED STATES DISTRICT JUDGE**