United States District Court
Southern District of Texas
FILED

NOV 24 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, <br> *Plaintiffs,* <br> v. <br><br> AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ORALIA T. WELLS, M.D., et. al., <br><br> *Defendants.* | § § § § § § § § § § § § | Civil Action No: B03155 |

## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Oralia T. Wells, M.D., in the above-styled and numbered cause files this Designation of Attorney In Charge for the following attorney in the above styled and numbered cause:

Ms. Philipa M. Remington
State Bar No. 16766100
Stinnett Thiebaud & Remington L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/954-2200
214/754-0999 - Fax

#82323

Respectfully submitted,

**STINNETT THIEBAUD & REMINGTON, L.L.P.**

By: _/s/ Philipa M. Remington/pr_

Philipa M. Remington
State Bar No. 16766100
**Russell G. Thornton**
State Bar No. 19982850
**Thomas P. Sullivan**
State Bar No. 19497500

4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
(214) 954-2200
Fax: (214) 754-0999

**ATTORNEYS FOR DEFENDANT
ORALIA T. WELLS, M.D.**

#82323

## CERTIFICATE OF SERVICE

The undersigned certifies that on the ____ day of __November__, 2003, a true and correct copy of the foregoing **Designation of Attorney in Charge** was placed in the United States regular mail, postage paid and addressed to the following:

*Via Certified Mail, Return Receipt Requested*
Ben C. Martin
**Law Offices of Ben C. Martin**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

*Via regular U.S. mail*
Tim Goss
**Capshaw, Goss & Bowers**
3031 Allen Street, Suite 200
Dallas, Texas 75204

Peter C. Neger
**Bingham McCutchen, L.L.P.**
399 Park Avenue
New York, New York 10022

Dr. Robert Koller
**Dolder**
Immengasse 9
400 Basel Switzerland

Amy DePippo
Timothy Stephens
**Bingham McCutchen, L.L.P.**
885 Third Avenue
New York, New York 10022

Mitchell C. Chaney
**Rodriguez Colvin & Chaney**
1201 E. Van Buren Street
Brownsville, Texas 78520

James L. Ray
**Daw & Ray**
5718 Westheimer, Suite 1750
Houston, Texas 77057

#82323

Michael R. Klatt
Susan Burnett
**Clark, Thomas & Winters**
P.O. Box 1148
Austin, Texas 78767-1148

M. Scott Michelman
Deborah Moeller
**Shook, Hardy & Bacon, L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Ms. Jo Reser
**Davidson & Trilo**
7550 West IH – 10, Suite 800
San Antonio, Texas 78229

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
**Baker Botts L.L.P.**
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Bradley S. Wolff
M. Diane Owens
**Swift, Currie, McGhee & Hiers, L.L.P.**
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida 32792

Vincent Walkowiak
**Fulbright & Jaworski**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

Jeffrey S. Wolff
**Fulbright & Jaworski**
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095

#82323

Stephanie A. Smith
**Fulbright & Jaworski**
600 Commerce Avenue, Suite 2400
Austin, Texas 78702-3271

Edmundo O. Ramirez
**Ellis Koeneke & Ramirez**
1101 Chicago
McAllen, Texas 78501-4822

Bruce E. Anderson
**Brin & Brin, P.C.**
1099 I-10 West, Suite 800
San Antonio, Texas 78230

Miguel D. Wise
**Miguel D. Wise, P.C.**
134 West 5th Street
Weslaco, Texas 78596

Donato D. Ramos
**Law Offices of Donato D. Ramos**
5810 San Bernardo Street
Walk Plaza, Suite 101
Laredo, Texas 78041

Joel Steed
**Law Offices of Joel Steed, P.C.**
5910 North Central Expressway, Suite 650
Dallas, Texas 75206

THOMAS P. SULLIVAN

#82323