

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY | § | |
| and AS NEXT FRIEND OF JEREMIAH S. | § | |
| RAMIREZ, a minor, | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No: B03155 |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION d/b/a WYETH, | § | |
| ORALIA T. WELLS, M.D., et. al., | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendant, Oralia T. Wells, M.D., files this Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Defendant Oralia T. Wells, M.D.

2. Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, A Minor;

3. American Home Products Corporation d/b/a Wyeth, Wyeth Laboratories; Wyeth-Ayerst; Wyeth Ayerst Laboratories; Wyeth Lederle; Wyether Lederle Vaccines And Lederle Laboratories;

4. Abbott Laboratories, Inc.;

5. American International Chemical, Inc.;

6. Aventis Pasteur, Inc., Individually And As Successor In Interest To Connaught Laboratories, Inc.;

7. Pasteur Merieux And Pasteur Merieux Connaught;

8. B.F. Ascher & Company, Inc.;

9. Evans Medical Limited;

10. Merck And Co., Inc.;

11. RPK Pharmaceuticals, Inc.;

#82322

12. Dolder;

13. Eli Lilly And Company;

14. Smithkline Beecham Corporation;

15. Eloisa T. Gonzalez, M.D;

Respectfully submitted,

**STINNETT THIEBAUD & REMINGTON, L.L.P.**

By: _Philipa M. Remington_
     **Philipa M. Remington**
     State Bar No. 16766100
     **Russell G. Thornton**
     State Bar No. 19982850
     **Thomas P. Sullivan**
     State Bar No. 19497500

     4800 Fountain Place
     1445 Ross Avenue
     Dallas, Texas 75202
     (214) 954-2200
     Fax: (214) 754-0999

**ATTORNEYS FOR DEFENDANT
ORALIA T. WELLS, M.D.**

#82322

## CERTIFICATE OF SERVICE

The undersigned certifies that on the _in_ day of _November_ , 2003, a true

and correct copy of the foregoing **Certificate of Interested Parties** was placed in the United

States regular mail, postage paid and addressed to the following:

*Via Certified Mail, Return Receipt Requested*
Ben C. Martin
**Law Offices of Ben C. Martin**
2100 McKinney Avenue, Suite 1975
Dallas, Texas  75201

*Via regular U.S. mail*
Tim Goss
**Capshaw, Goss & Bowers**
3031 Allen Street, Suite 200
Dallas, Texas  75204

Peter C. Neger
**Bingham McCutchen, L.L.P.**
399 Park Avenue
New York, New York  10022

Dr. Robert Koller
**Dolder**
Immengasse 9
400 Basel Switzerland

Amy DePippo
Timothy Stephens
**Bingham McCutchen, L.L.P.**
885 Third Avenue
New York, New York  10022

Mitchell C. Chaney
**Rodriguez Colvin & Chaney**
1201 E. Van Buren Street
Brownsville, Texas  78520

James L. Ray
**Daw & Ray**
5718 Westheimer, Suite 1750
Houston, Texas  77057

#82322

Michael R. Klatt
Susan Burnett
**Clark, Thomas & Winters**
P.O. Box 1148
Austin, Texas  78767-1148

M. Scott Michelman
Deborah Moeller
**Shook, Hardy & Bacon, L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas  77002-2911

Ms. Jo Reser
**Davidson & Trilo**
7550 West IH – 10, Suite 800
San Antonio, Texas  78229

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
**Baker Botts L.L.P.**
One Shell Plaza
910 Louisiana
Houston, Texas  77002-4995

Bradley S. Wolff
M. Diane Owens
**Swift, Currie, McGhee & Hiers, L.L.P.**
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309-3238

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, Florida  32792

Vincent Walkowiak
**Fulbright & Jaworski**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

Jeffrey S. Wolff
**Fulbright & Jaworski**
1301 McKinney Street, Suite 5100
Houston, Texas  77010-3095

#82322

Stephanie A. Smith
**Fulbright & Jaworski**
600 Commerce Avenue, Suite 2400
Austin, Texas  78702-3271

Edmundo O. Ramirez
**Ellis Koeneke & Ramirez**
1101 Chicago
McAllen, Texas  78501-4822

Bruce E. Anderson
**Brin & Brin, P.C.**
1099 I-10 West, Suite 800
San Antonio, Texas  78230

Miguel D. Wise
**Miguel D. Wise, P.C.**
134 West 5th Street
Weslaco, Texas  78596

Donato D. Ramos
**Law Offices of Donato D. Ramos**
5810 San Bernardo Street
Walk Plaza, Suite 101
Laredo, Texas  78041

Joel Steed
**Law Offices of Joel Steed, P.C.**
5910 North Central Expressway, Suite 650
Dallas, Texas  75206

**THOMAS P. SULLIVAN**