UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 2 6 2003

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | McAllen | Case Number | 03-CV-155 |

VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a Minor

versus

AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, ET AL.

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

Micah L. Hobbs
Shook, Hardy & Bacon L.L.P.
1200 Main Street
Kansas City, Missouri 64105
816 474-6550

Missouri Bar No. 48164
Western District of Missouri,
District of Kansas

Seeks to appear as the attorney for this party:

ELI LILLY AND COMPANY

Dated: November 24, 2003   Signed: 
Micah L. Hobbs

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all counsel of record listed below by First Class United States mail in accordance with the Federal Rules of Civil Procedure on the 25th day of November, 2003.

Ben C. Martin
Law Office of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, TX  75201
*and*
Tim K. Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX  75204
*Attorneys for Plaintiffs*

Peter C. Neger/Amy DePippo
Bingham McCutchen
399 Park Avenue
New York, NY  10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX  78520
*Attorneys for Defendant,*
*B.F. Ascher & Company, Inc.*

Michael R. Klatt
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX  78767-1148
*Attorneys for Defendant Wyeth*
*(f/k/a American Home Products)*

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX  77057
*Authorized Representative for Defendant,*
*American International Chemical, Inc.*

Bradley S. Wolff/M. Diane Owens
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Site 300
Atlanta, GA  30309-3238
*and*
R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX  78229-5818
*and*

Miguel D. Wise
Miguel D. Wise, P.C.
134 West 5th Street
Weslaco, TX  78596
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
*and*
Stephanie A. Smith/Stacey A. Martinez
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, TX  78701
*Attorneys for Defendant, Smithkline Beecham Corporation d/b/a Glazosmithkline*

Richard L. Josephson/Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX  77002
*Attorneys for Defendant, Abbott Laboratories*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL  32792
*Authorized Representative for Defendant,*
*RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX  78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

Phillipa M. Remington/Thomas P. Sullivan
Russell G. Thornton
Stinnett Thiebaud & Remington L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX  75202-2702
*Attorneys for Defendant, Oralia T. Wells, M.D.*

157901v1

Sidney L. Murphy
Law Offices of Joel J. Steed, P.C.
5910 North Central Expressway, Suite 650
Dallas, TX  75206
*Attorney for Defendant, Eloisa T. Gonzalez, M.D.*

_____
NAN LEVERETT

157901v1