UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 2 6 2003

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | McAllen | Case Number | 03-CV-155 |
|---|---|---|---|

| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a Minor |
|---|
| *versus* |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, ET AL. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Admitted U.S. District Court for: | Micah L. Hobbs<br>Shook, Hardy & Bacon L.L.P.<br>1200 Main Street<br>Kansas City, Missouri 64105<br>816 474-6550<br><br>Missouri Bar No. 48164<br>Western District of Missouri,<br>District of Kansas |
|---|---|

Seeks to appear as the attorney for this party:

| ELI LILLY AND COMPANY |
|---|
| Dated: November 24, 2003  Signed: _____<br>                                        Micah L. Hobbs |

**ORDER**

This lawyer is admitted *pro hac vice*.

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Signed on December 2, 2003.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98