ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY § <br> and AS NEXT FRIEND OF § <br> JEREMIAH S. RAMIREZ, a minor, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> AMERICAN HOME PRODUCTS § <br> CORPORATION d/b/a WYETH, WYETH § <br> LABORATORIES, WYETH-AYERST, § <br> WYETH-AYERST LABORATORIES, § <br> WYETH LEDERLE, WYETHER § <br> LEDERLE VACCINES and LEDERLE § <br> LABORATORIES, ET AL, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. B-03-155 <br><br> JURY |

## PLAINTIFF'S NOTICE OF FILING EXPERT REPORTS AND CURRICULUM VITAE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") in the above styled action, and submits this her Notice of Filing Expert Reports and Curriculum Vitae. Pursuant to Art. 4590i, § 13.01, TEX. REV. CIV. STAT. ANN., Plaintiff hereby files the expert reports and curriculum vitae of Don C. Dunlap, D.O., with regard to the following healthcare defendants:

(1) Eloisa T. Gonzales, M.D.; and

(2) Oralia T. Wells, M.D.

Respectfully submitted,

_____
Ben C. Martin
State Bar No. 13052400
Federal I.D. No. 34150
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Of counsel:
Edward W. Sampson
State Bar No. 90001985
Federal I.D. No. 34096
William F. Blankenship, III
State Bar No. 90001483
Federal I.D. No. 34097
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that on this the ___ day of December, 2003, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
Ben C. Martin

**Don C. Dunlap, D.O., FAAPM, FAAOBFP**
Administrative Office
Las Colinas Center
320 Decker Drive, Suite 164
Irving, Texas 75062

December 17, 2003

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN, L.L.P.
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Re:   4590i Report for Jeremiah S. Ramirez

Dear Mr. Martin:

Pursuant to your request, this letter contains my assessment and conclusions regarding the medical care rendered to Jeremiah S. Ramirez, a minor ("Jeremiah"), by Eloisa T. Gonzalez, M.D. ("Dr. Gonzalez").

I am qualified by both education and professional experience to render expert opinion testimony regarding the vaccinations given to Jeremiah and the cause of his Autism Spectrum Disorder. I graduated from the University of Health Sciences in Kansas City, Missouri with an osteopathic degree in 1977 and subsequently completed a residency at Corpus Christi Medical Center in 1978. I am licensed to practice medicine by the Texas State Board of Medical Examiners and I am Board Certified by the American Osteopathic Board of Family Practice. Currently, I am on staff at the Medical Center of Plano and Presbyterian Hospital of Dallas. I have attached a copy of my resume as Exhibit "A."

During my medical career, I have administered thousands of vaccines to young children and, as such, I am familiar with the medical standard of care regarding same. In order to conform to the proper standard of care in the administration of a vaccine, a healthcare provider must fully explain the risks and dangers associated with the administration of the vaccine in order to obtain an "informed consent" from the minor's parent and/or guardian.

I have reviewed Dr. Gonzalez' medical record of care pertaining to Jeremiah and the affidavit of Jeremiah's parent regarding same. My opinions herein are based on reasonable medical probability and reflect the standard of care appropriate for the administration of vaccines in the medical community in Texas.

The medical record of care I have reviewed indicates that Jeremiah received Thimerosal containing vaccines from Dr. Gonzalez. In all of the documents I have reviewed, I have not found any indication that Dr. Gonzalez adequately explained the risks and dangers associated with Thimerosal containing vaccines to Jeremiah's parent(s). The risks of Thimerosal which

were not disclosed as they should have been include, but are not limited to, neurological damage such as developmental delays like Autism Spectrum Disorder. In my opinion, the failure on the part of Dr. Gonzalez to adequately explain the risks and dangers associated with Thimerosal containing vaccines to Jeremiah's parent(s) evidences a failure to obtain an "informed consent" and falls below the recognized standard of care generally considered proper for the administration of a vaccine. If the appropriate disclosures had been made, the affidavit of Jeremiah's parent makes it clear that the vaccinations would not have been administered.

Further, throughout my medical career, I have attended numerous continuing education classes and familiarized myself with the medical literature linking Thimerosal with Autism Spectrum Disorder. It has long been widely accepted in the medical community that mercury is a known toxin which causes neurological damage, including developmental delays like Autism Spectrum Disorder. Children, especially infants, are more susceptible to the effects of mercury as it interferes with the development of the nervous system.

To my knowledge, mercury comprises approximately one-half of Thimerosal's component ingredients. Because mercury is a large component of Thimerosal, it is my opinion that Thimerosal is a cause of Autism Spectrum Disorder. As such, vaccines containing Thimerosal should not be administered to children, especially infants. It is also my opinion that the Thimerosal contained within the vaccines received by Jeremiah caused his Autism Spectrum Disorder. For all of the foregoing reasons, it is my opinion that the care provided by Dr. Gonzalez falls below the standard of care for the administration of vaccines in the medical community in Texas.

Should additional information become available, I reserve the right to alter my opinions in this matter.

Sincerely,

Don C. Dunlap, D.O.

Don C. Dunlap, D.O., FAAOBFP
Family Practice
Administrative Office
Las Colinas Center
320 Decker Drive, Ste 164
Irving, Texas 75062
972-633-8678

## CURRICULUM VITAE

### Undergraduate Education

University of Texas- Austin (with Honors)

### Graduate Medical Education

University of Health Sciences- Kansas City

### Post- Graduate Education

Corpus Christi Medical Center
Family Practice- 1978- Present

### Emergency Medicine- Past and Present Affiliations

Decatur Community Hospital

Medical Center of McKinney

Weatherford Community Hospital

Baylor Medical Center- Gilmer

Medical Center- Plano- On call

### Hospital Affiliations

Medical Center of Plano- Active staff- full privilege

Presbyterian Hospital- Dallas- Affiliate Staff



**Don C. Dunlap, D.O., FAAOBFP**
**CURRICULUM VITAE**

## Professional Affiliations- Past and Present

Board Certified- American Osteopathic Board of Family Practice

Diplomate- American Academy of Pain Management

Board Eligible- American Osteopathic Board of Sports medicine

American Osteopathic Association

Texas Osteopathic Medical Association

American Heart Association- Advanced Cardiac Life Support

American College of Surgeons- Advanced Trauma Life Support

**Don C. Dunlap, D.O., FAAPM, FAAOBFP**
Administrative Office
Las Colinas Center
320 Decker Drive, Suite 164
Irving, Texas 75062

December 17, 2003

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN, L.L.P.
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201

Re:   4590i Report for Jeremiah S. Ramirez

Dear Mr. Martin:

Pursuant to your request, this letter contains my assessment and conclusions regarding the medical care rendered to Jeremiah S. Ramirez, a minor ("Jeremiah"), by Oralia T. Wells, M.D. ("Dr. Wells").

I am qualified by both education and professional experience to render expert opinion testimony regarding the vaccinations given to Jeremiah and the cause of his Autism Spectrum Disorder. I graduated from the University of Health Sciences in Kansas City, Missouri with an osteopathic degree in 1977 and subsequently completed a residency at Corpus Christi Medical Center in 1978. I am licensed to practice medicine by the Texas State Board of Medical Examiners and I am Board Certified by the American Osteopathic Board of Family Practice. Currently, I am on staff at the Medical Center of Plano and Presbyterian Hospital of Dallas. I have attached a copy of my resume as Exhibit "A."

During my medical career, I have administered thousands of vaccines to young children and, as such, I am familiar with the medical standard of care regarding same. In order to conform to the proper standard of care in the administration of a vaccine, a healthcare provider must fully explain the risks and dangers associated with the administration of the vaccine in order to obtain an "informed consent" from the minor's parent and/or guardian.

I have reviewed Dr. Well's medical record of care pertaining to Jeremiah and the affidavit of Jeremiah's parent regarding same. My opinions herein are based on reasonable medical probability and reflect the standard of care appropriate for the administration of vaccines in the medical community in Texas.

The medical record of care I have reviewed indicates that Jeremiah received Thimerosal containing vaccines from Dr. Wells. In all of the documents I have reviewed, I have not found any indication that Dr. Wells adequately explained the risks and dangers associated with Thimerosal containing vaccines to Jeremiah's parent(s). The risks of Thimerosal which were not

disclosed as they should have been include, but are not limited to, neurological damage such as developmental delays like Autism Spectrum Disorder. In my opinion, the failure on the part of Dr. Wells to adequately explain the risks and dangers associated with Thimerosal containing vaccines to Jeremiah's parent(s) evidences a failure to obtain an "informed consent" and falls below the recognized standard of care generally considered proper for the administration of a vaccine. If the appropriate disclosures had been made, the affidavit of Jeremiah's parent makes it clear that the vaccinations would not have been administered.

Further, throughout my medical career, I have attended numerous continuing education classes and familiarized myself with the medical literature linking Thimerosal with Autism Spectrum Disorder. It has long been widely accepted in the medical community that mercury is a known toxin which causes neurological damage, including developmental delays like Autism Spectrum Disorder. Children, especially infants, are more susceptible to the effects of mercury as it interferes with the development of the nervous system.

To my knowledge, mercury comprises approximately one-half of Thimerosal's component ingredients. Because mercury is a large component of Thimerosal, it is my opinion that Thimerosal is a cause of Autism Spectrum Disorder. As such, vaccines containing Thimerosal should not be administered to children, especially infants. It is also my opinion that the Thimerosal contained within the vaccines received by Jeremiah caused his Autism Spectrum Disorder. For all of the foregoing reasons, it is my opinion that the care provided by Dr. Wells falls below the standard of care for the administration of vaccines in the medical community in Texas.

Should additional information become available, I reserve the right to alter my opinions in this matter.

Sincerely,

Don C. Dunlap, D.O.

Don C. Dunlap, D.O., FAAOBFP
Family Practice
Administrative Office
Las Colinas Center
320 Decker Drive, Ste 164
Irving, Texas 75062
972-633-8678

## CURRICULUM VITAE

### Undergraduate Education

University of Texas- Austin (with Honors)

### Graduate Medical Education

University of Health Sciences- Kansas City

### Post- Graduate Education

Corpus Christi Medical Center
Family Practice- 1978- Present

### Emergency Medicine- Past and Present Affiliations

Decatur Community Hospital

Medical Center of McKinney

Weatherford Community Hospital

Baylor Medical Center- Gilmer

Medical Center- Plano- On call

### Hospital Affiliations

Medical Center of Plano- Active staff- full privilege

Presbyterian Hospital- Dallas- Affiliate Staff


EXHIBIT A

Don C. Dunlap, D.O., FAAOBFP
CURRICULUM VITAE

## Professional Affiliations- Past and Present

Board Certified- American Osteopathic Board of Family Practice

Diplomate- American Academy of Pain Management

Board Eligible- American Osteopathic Board of Sports medicine

American Osteopathic Association

Texas Osteopathic Medical Association

American Heart Association- Advanced Cardiac Life Support

American College of Surgeons- Advanced Trauma Life Support