IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-CV-155<br><br>**NOTICE OF CHANGE OF ADDRESS** |

COMES NOW Jeffery A. Kruse, and hereby notifies the Court and Counsel that effective December 22, 2003, the Kansas City office of the law firm of Shook, Hardy & Bacon L.L.P., will have a new address: 2555 Grand Blvd., Kansas City, Missouri, 64108-2613. The telephone number, (816) 474-6550, and the facsimile number, (816) 421-5547, will remain the same.

This the 17th day of December, 2003.

_____
Attorneys for Eli Lilly and Company
Jeffery A. Kruse, Esq.

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550
(816) 421-5547 (Facsimile)

1353376v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all counsel of record listed below by First Class United States mail in accordance with the Federal Rules of Civil Procedure on the 17th day of December, 2003.

Ben C. Martin
Law Office of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, TX 75201
and
Tim K. Goss
Capshaw, Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX 75204
*Attorneys for Plaintiffs*

Peter C. Neger/Amy DePippo
Bingham McCutchen
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX 78520
*Attorneys for Defendant,*
*B.F. Ascher & Company, Inc.*

Michael R. Klatt
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX 78767-1148
*Attorneys for Defendant Wyeth*
*(f/k/a American Home Products)*

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX 77057
*Authorized Representative for Defendant,*
*American International Chemical, Inc.*

Bradley S. Wolff/M. Diane Owens
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Site 300
Atlanta, GA 30309-3238
and
R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX 78229-5818
and

Miguel D. Wise
Miguel D. Wise, P.C.
134 West 5th Street
Weslaco, TX 78596
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a*
*Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux*
*Connaught*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
and
Stephanie A. Smith/Stacey A. Martinez
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
*Attorneys for Defendant, Smithkline Beecham*
*Corporation d/b/a Glaxosmithkline*

Richard L. Josephson/Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX 77002
*Attorneys for Defendant, Abbott Laboratories*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL 32792
*Authorized Representative for Defendant,*
*RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX 78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

Phillipa M. Remington/Thomas P. Sullivan
Russell G. Thornton
Stinnett Thiebaud & Remington L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2702
*Attorneys for Defendant, Oralia T. Wells, M.D.*

1353376v1

Sidney L. Murphy
Law Offices of Joel J. Steed, P.C.
5910 North Central Expressway, Suite 650
Dallas, TX  75206
*Attorney for Defendant, Eloisa T. Gonzalez, M.D.*

_____
JEFFERY A. KRUSE