# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ☐ Nicolas  ■ Levesque |
| **DATE** | 12 / 15 / 03 |
| **TIME** | ☐ a.m.  2:05 p.m.  —  ☐ a.m.  2:55 p.m. |
| **CIVIL ACTION** | B - 03 - 155 |
| **STYLE** | VERONICA RAMIREZ, ET AL.<br>*versus*<br>AMERICAN HOME PRODUCTS CORP. ET AL. |



United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby, Clerk of Court

## Docket Entry

(HGT)  ■Initial Pre-Trial Hearing;                (Court Reporter: Heather Hall)

**Attorney(s) for Plaintiff(s):**                Edward Sampson
Veronica Ramirez, individually and
as next friend of Jeremiah Ramirez (minor Pl)

**Attorney(s) for Defendant(s):**
| | |
|---|---|
| American Products Corp. aka Wyeth | Jeffrey R. Lilly, Michael R. Klatt |
| Abbott Laboratories, Inc. | Paul R. Elliott, Eduardo Rodriguez |
| American International Chemical, Inc. | Kyle Giacco |
| Aventis Pasteur, Inc. | Miguel David Wise, Bradley S. Wolff, |
| BF Ascher & Co., Inc. | Mitchell Craig Chaney |
| Merck & Co., Inc. | Paul R. Elliott |
| Eli Lilly & Co. | Martin Scott Michelman |
| SmithKline Beecham Corp. | Charles Jason Rother |
| Oralia T. Wells, MD | Philipa Marie Remington |
| Eloisa T. Gonzalez, MD | Sidney L. Murphy |

**Comments:**

**Pls' Motion to Remand (Pl's arguments):**

- Focused on the <u>Collins</u> decision b/c the common defense theory was at issue and the case was remanded. Two judges in Texas federal courts have stayed similar cases like this one until the Fifth Circuit issues final mandate in <u>Collins</u>. Parties were going to issue a stay in the case, but have not agreed when the stay should be lifted (after 5th Cir. decides or after cert is granted/denied at S. Ct.)

*Civil Courtroom Minutes*
*Civil No. 03-155*
*December 15, 2003*
*Page 2*

- Argued Pls should be able to supplement their live pleadings with affidavits in order to support claim against healthcare defendants to demonstrate they are not fraudulently joined.

**Collective Defendants' Response (Paul Elliott):**
- Defs' believe the Vaccine Act bars Pls' claims.
- At this time Pl has claims pending in Vaccine Court
- Common Defense theory: cites several cases contained in their exhibits
- Even aside from the Collins case, this is a classic fraudulent joinder case because there must be a factual basis for the claims, which they argue there is not. Cites Chiles. No allegations that doctors knew or should have known of the dangers of Thimerosal.
- Affidavits and supplements cannot be considered when they present new theories of recovery. Griggs.

**Eli Lilly's Response:**
- Nearly all courts have dismissed claims against Eli Lilly because it must first go before the Vaccine Court.

**Dr. Oralia's Response:**
- in Chiles case, Philipa Remington represented the doctors in that case and the case was not remanded because there was fraudulent joinder.

**Judge Ruled:**
**She stayed the case. Written stay order to follow. Will tie the stay to the Fifth Circuit's issuance of a final mandate in the case.**