IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. B-03-155<br><br>JURY |

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

### PLAINTIFF'S MOTION TO LIFT STAY FOR THE LIMITED PURPOSE OF CONSIDERING THE AGREED MOTION TO DISMISS EVANS MEDICAL LIMITED AND RPK PHARMACEUTICALS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATED DISTRICT COURT:

1. Plaintiff respectfully requests that the stay be lifted for the sole purpose of filing and considering the Agreed Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals, Inc. without Prejudice.

2. Neither the instant Motion, nor the Agreed Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals, Inc. without Prejudice, pertain to the Vaccine Act or any of the issues unique to the Thimerosal litigation which is currently pending before the Fifth Circuit. Instead, Plaintiff simply no longer desires to pursue her claims at this time against Evans Medical Limited

or RPK Pharmaceuticals, Inc. without prejudice to refiling same.

3. Plaintiff has contacted the parties and none are opposed to Plaintiffs's request to lift the stay for this limited purpose.

4. Plaintiff, therefore, respectfully requests that the Court lift the stay for the sole purpose of filing and considering the Agreed Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals, Inc. without Prejudice and that same be granted in its entirety.

              Respectfully submitted,

              Ben C. Martin
              State Bar No. 13052400
              Federal I.D. No. 34150
              **LAW OFFICES OF BEN C. MARTIN, LLP**
              2100 McKinney Avenue, Suite 1975
              Dallas, Texas 75201
              (214) 761-6614 (telephone)
              (214) 744-7590 (facsimile)

Of counsel:
Edward W. Sampson
State Bar No. 90001985
Federal I.D. No. 34096
William F. Blankenship, III
State Bar No. 90001483
Federal I.D. No. 34097
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has contacted all parties and none are opposed to the foregoing Motion.

_____
Ben C. Martin

### CERTIFICATE OF SERVICE

This is to certify that on this the 27TH day of January, 2004, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
Ben C. Martin