IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND of JEREMIAH S. RAMIREZ, a minor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-03-155 |

## AGREED MOTION TO DISMISS EVANS MEDICAL LIMITED AND RPK PHARMACEUTICALS, INC. WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR AND EVANS MEDICAL LIMITED AND RPK PHARMACEUTICALS, INC., hereinafter referred to as the Moving Parties ("Moving Parties") in the above-entitled and numbered cause, and file this their Agreed[1] Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals, Inc. without Prejudice to refiling same.

I.

Plaintiff no longer desires to pursue her claims at this time against Evans Medical Limited and RPK Pharmaceuticals, Inc. without prejudice to refiling same.

---

[1] Defendants RPK Pharmaceuticals, Inc. and Evans Medical Limited are in agreement with this Motion.

*See* signature pages from their respective counsel attached hereto.

NYDOCS1131361.1

**WHEREFORE, PREMISES CONSIDERED,** the Moving Parties respectfully request this Court to enter an order dismissing Plaintiff's claims against Evans Medical Limited and RPK Pharmaceuticals, Inc. without prejudice to the refiling of same, with costs of suit taxed against the parties incurring same.

Respectfully submitted,

Ben C. Martin
State Bar No. 13052400
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Of counsel:
Edward W. Sampson
State Bar No. 90001985
William F. Blankenship, III
State Bar No. 90001483
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that on this the 29TH day of January, 2004, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Ben C. Martin

CONSENTED TO:

**BINGHAM McCUTCHEN LLP** [2]

By: *Amy DePippo*
Peter C. Neger
Amy DePippo
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000

**ATTORNEYS FOR EVANS MEDICAL LIMITED**

---

[2]   Evans has not been served in this action. Consent to this motion is for the limited purpose of agreeing to the dismissal of this case as to Evans Medical Limited upon the ground of failure of service and does not constitute an appearance by Evans in this matter.

CONSENTED TO:

**FRILOT, PARTRIDGE, KOHNKE
& CLEMENTS, L.C.**

By: _____
Bruce A. Cranner (Bar No. 1796)
John B. Cazale (Bar No. 27991)
3600 Energy Centre
1100 Poydras Street
New Orleans, LA. 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

**ATTORNEYS FOR RPK PHARMACEUTICALS, INC.**