IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND of JEREMIAH S. RAMIREZ, a minor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-155 |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

On this day on a regular term of Court came on to be considered the Agreed Motion to Dismiss Plaintiff's claims against Evans Medical Limited and RPK Pharmaceuticals, Inc. only without Prejudice to refiling same ("Motion"). After reviewing the Motion and other papers on file in this Civil Action, the Court is of the opinion the Motion has merit and should be in all things GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Evans Medical Limited and RPK Pharmaceuticals, Inc. only are dismissed without prejudice to refiling same.

SIGNED this the _____ day of ___March___, 2004.

_____
UNITED STATES DISTRICT JUDGE