IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, § § § § *Plaintiff,* § § v. § § AMERICAN HOME PRODUCTS § CORPORATION d/b/a WYETH, WYETH § LABORATORIES, WYETH-AYERST, § WYETH-AYERST LABORATORIES, § WYETH LEDERLE, WYETHER § LEDERLE VACCINES and LEDERLE § LABORATORIES, ET AL, § § *Defendants.* § | CIVIL ACTION NO. B-03-155<br><br>JURY |

### ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY FOR THE LIMITED PURPOSE OF CONSIDERING THE AGREED MOTION TO DISMISS EVANS MEDICAL LIMITED AND RPK PHARMACEUTICALS WITHOUT PREJUDICE

On this day on a regular term of court came on to be considered Plaintiff's Motion to Lift Stay for the Limited Purpose of Considering the Agreed Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals Without Prejudice and the Court finds that the Motion should be GRANTED.

It is, therefore, ORDERED that the stay is lifted for the sole purpose of considering the Agreed Motion to Dismiss Evans Medical Limited and RPK Pharmaceuticals Without Prejudice.

SIGNED and ENTERED this ___ day of ____March____, 2004.

_____
UNITED STATES DISTRICT JUDGE