IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **VERONICA RAMIREZ, Individually and as Next Friend of Jeremiah Ramirez, a minor**<br>　　　　**Plaintiffs**<br><br>v.<br><br>**AMERICAN HOME PRODUCTS CORPORATION, ET AL.**<br>　　　　**Defendants** | § § § § § § § § § § § § | C.A. No. B-03-155 |

## ORDER

BE IT REMEMBERED that on March 29, 2004, the Court **Denied without prejudice** Defendant Merck & Company, Inc., et al.'s Motion to Dismiss, Defendant Eli Lilly & Company's Motion to Dismiss, and Plaintiffs' Motion to Remand [Dkt. Nos. 5-1, 6-1, & 16-1]. In light of the stay currently in place in this case, the Court denies without prejudice these motions for the purpose of internal docket management. When the stay is lifted, these motions may be reactivated, and the Court will then rule on the merits of the motions.

DONE this 29th day of March, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge