ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL, | § § § § § § § § | JURY |
| *Defendants.* | § § | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") in the above styled action and submits this Notice of Supplemental Authority in support of her Motion to Remand and would show the Court as follows:

I.  **The Honorable George P. Kazen of the United States District Court for the Southern District of Texas, Laredo Division, has Granted a Motion to Remand in a Thimerasol Case Involving the Identical Arguments and Substantive Facts as in the Case at Bar.**

On September 30, 2004, the United States District Court for the Southern District of Texas, Laredo Division, entered its "Memorandum and Order" remanding a Thimerasol case in which the defendants advanced the identical fraudulent joinder arguments that are used in this

case. *See Guadalupe Vasquez, et al. v. American Home Products, et al.*, <u>Memorandum and Order</u>, Civil Action No. L-03-128 (S.D. Tex. Sep. 30, 2004) (A copy of which is attached hereto as Exhibit "A" and incorporated fully by reference).[1] *Vasquez* involved the same counsel and a number of the same defendants as the case at bar. In granting Plaintiffs' Motion to Remand, Judge Kazen considered Plaintiffs' subsequent affidavits along with the Petition to come to the conclusion that the "Plaintiffs have at least a reasonable basis for establishing a cause of action against the in-state defendants, namely the Healthcare Defendants. *See* Exhibit "A" at page 7.

## II. Conclusion.

The same conclusion is warranted in this case for the same reason set forth in the *Vasquez* case - Plaintiff has sufficiently plead cognizable claims against all Defendants and Defendants have not met their high burden in establishing that the non-diverse physician defendants were fraudulently joined. As a result, this Court has no jurisdiction in this case. Therefore, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Remand and remand this cause to the District Court of Cameron County, Texas, from which it was improvidently removed.

---

[1] The Vaccine Defendants filed a Motion to Reconsider and Vacate Order Granting Remand which was denied by Judge Kazen on November 11, 2004. *See Guadalupe Vasquez, et al. v. American Home Products, et al.*, <u>Memorandum and Order</u>, Civil Action No. L-03-128 (S.D. Tex. Nov. 11, 2004) (A copy of which is attached hereto as Exhibit "B" and incorporated fully by reference)

Respectfully submitted,

_____
William F. Blankenship III
State Bar No. 90001483
Federal I.D. No. 34097
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Of counsel:
Ben C. Martin
State Bar No. 13052400
Federal I.D. No. 34150
Edward W. Sampson
State Bar No. 90001985
Federal I.D. No. 34096
**LAW OFFICES OF BEN C. MARTIN, LLP**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)

Tim Goss
State Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, LLP**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610 (telephone)
(214) 761-6611 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that on this the 19th day of November, 2004, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
William F. Blankenship III