IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| GUADALUPE VASQUEZ AND JOANN VASQUEZ, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF GUADALUPE VASQUEZ, JR., ET AL., § § § § § § § Plaintiffs, § § v. § § AMERICAN HOME PRODUCTS, § ET AL., § § Defendants. § | CIVIL ACTION L-03-128 |

## MEMORANDUM AND ORDER

Pending is Defendants' Motion to Reconsider and Vacate Order Granting Remand. (Docket No. 93.)

Defendants argue that the "common defense" rule articulated by <u>Smallwood v. Ill. Cen. R.R. Co.</u>, 385 F.3d 568 (5th Cir. 2004)(en banc) is not applicable to this case after the Fifth Circuit's decision in <u>Moss v. Merck & Co</u>, 381 F.3d 501 (5th Cir. 2004). <u>Moss</u> held that the manufacturer of Thimerosal is not subject to the Vaccine Act. Plaintiffs respond with the argument that the "common defense" rule applies so long as the defense is common to some, but not necessarily all, diverse defendants. Whatever the merits of that argument, it is irrelevant to the Court's prior ruling.

<u>Moss</u> also held that parents of minor children are not subject

1

Exhibit B

to the Vaccine Act, and therefore, must bring their own tort suits outside of the Vaccine Court. In this case, Guadalupe and Joann Vasquez have brought their own tort actions against the Defendants. As the Court's previous Memorandum and Order stated, Defendants have not met their heavy burden of establishing that there is no reasonable possibility that the parents will not be able to recover against the non-diverse defendants in state court.

Defendants have requested that the Court stay all proceedings until the defendants in <u>Smallwood</u> and in <u>Collins v. American Home Prods. Corp.</u>, 343 F.3d 765 (5th Cir. 2003) seek writs of certiorari from the United States Supreme Court. However, the Defendants have failed to demonstrate how any result reached by the Supreme Court would affect the issue of whether Guadalupe and Joann Vasquez will be able to recover against the in-state defendants in state court.

Accordingly, the Motion to Reconsider and Vacate Order Granting Remand is DENIED. The request to stay proceedings is also DENIED.

DONE at Laredo, Texas, this 11th day of November, 2004.

George P. Kazen
United States District Judge