*** THIMEROSAL ***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 14 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 03-CV-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES AND LEDERLE LABORATORIES; ABBOTT LABORATORIES, INC.; AMERICAN INTERNATIONAL CHEMICAL, INC.; AVENTIS PASTEUR, INC., INDIVIDUALLY and AS SUCCESSOR IN INTEREST TO CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX AND PASTEUR MERIEUX CONNAUGHT; B.F. ASCHER & COMPANY, INC.; EVANS MEDICAL LIMITED, MERCK AND CO., INC.; RPK PHARMACEUTICALS, INC.; DOLDER; ELI LILLY AND COMPANY; SMITHKLINE BEECHAM CORPORATION; ORALIA T. WELLS, M.D.; ELOISA T. GONZALEZ, M.D. and JOHN DOES #1-200, WHO ARE INDIVIDUALS, PROPRIETORSHIPS, CORPORATIONS OR OTHER ENTITIES WHOSE NAMES AND IDENTITIES ARE OTHERWISE UNKNOWN TO PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § § § § § | JURY |
| Defendants. | § § | |

### NOTICE OF CHANGE OF ADDRESS

---

NOTICE OF CHANGE OF ADDRESS – Page 1
S:\DOCS\001\20269\CHANGE OF ADDRESS NOTICE.wpd

TO THE HONORABLE JUDGE OF SAID COURT:

Joel J. Steed, counsel for Defendant Eloisa T. Gonzalez, M.D., in the above-entitled and numbered cause, hereby gives Notice of Change of Address, effective October 4, 2004, as follows:

>Joel J. Steed
>STEED FLAGG, L.L.P.
>One Horizon Ridge
>1010 West Ralph Hall Parkway, Second Floor
>Rockwall, TX 75032
>Telephone 469/698-4200
>Fax 469/698-4201

The Court and all counsel of record are requested to direct all correspondence and documents in this matter to the above address.

>Respectfully submitted,
>
>STEED FLAGG, L.L.P.
>
>By: *Joel J. Steed by SLM*
>JOEL J. STEED
>State Bar No. 19098000
>SIDNEY L. MURPHY
>State Bar No. 14704950
>One Horizon Ridge
>1010 West Ralph Hall Parkway, Second Floor
>Rockwall, TX 75032
>469/698-4200 / Fax 469/698-4201
>
>**ATTORNEYS FOR DEFENDANT
>ELOISA T. GONZALEZ, M.D.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record on this the 9th day of February, 2005.

>*Sid Murphy*
>SIDNEY L. MURPHY

NOTICE OF CHANGE OF ADDRESS – Page 2
S:\DOCS\001\20269\CHANGE OF ADDRESS NOTICE.wpd