United States District Court
Southern District of Texas
FILED

JUN 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually, and as Next Friend of JEREMIAH S. RAMIREZ, a minor, | § § § § | Civil Action No. M-03-155 |
| *Plaintiff,* | § § | JURY DEMAND |
| VS. | § § | |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ET AL, | § § § | |
| *Defendants.* | § § | |

### VACCINE DEFENDANTS' NOTICE OF REACTIVATION

Pursuant to the Court's December 6, 2003 and March 29, 2004 Orders, and in light of the recent denial of certiorari in the *Collins* case, the Vaccine Defendants hereby move to reactivate their Motion to Dismiss. Due to the intervening substantive law changes, Vaccine Defendants hereby file under separate cover their Renewed Rule 12(b) and 12(c) Motion to Dismiss.

Respectfully submitted,

_____
Richard L. Josephson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

COUNSEL FOR DEFENDANT MERCK & CO., INC. AND
DEFENDANT ABBOTT LABORATORIES

HOU02:1032644.1

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Scott Janoe
State Bar No. 24012897
One Shell Plaza
910 Louisiana
Houston, TX  77002
(713) 229-1460
(713) 229-1522 (fax)

By: *Michael R. Klatt / by per. RL*
Michael R. Klatt
Attorney-in-Charge
State Bar No. 11554200
P. O. Box 1148
Austin, TX  78767
(512) 472-8800
(512) 474-1129 (fax)

COUNSEL FOR WYETH F/K/A AMERICAN
HOME PRODUCTS

OF COUNSEL

CLARK, THOMAS & WINTERS

Susan E. Burnett
P. O. Box 1148
Austin, TX  78767
(512) 472-8800
(512) 474-1129 (fax)

By: /s/ Jeffrey S. Wolff/by per RCC
Jeffrey S. Wolff
Attorney-in-Charge
State Bar No. 21865900
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151
(512) 651-5246 (fax)

COUNSEL FOR SMITHKLINE BEECHAM
CORPORATION D/B/A GLAXOSMITHKLINE

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Miguel D. Wise/by per RCC
Miguel D. Wise
Attorney at Law
134 W. 5th Street
Weslaco, Texas 78596
(956) 968-6898
(965) 380-0504 (fax)

COUNSEL FOR DEFENDANT AVENTIS PASTEUR INC.

### Certificate of Service

I certify that on June 9th, 2005, the above pleading was served on all counsel of record via electronic filing, facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

/s/ Paul R. Elliott/by per RCC
Paul R. Elliott