ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY § <br> and AS NEXT FRIEND OF § <br> JEREMIAH S. RAMIREZ, a minor, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> AMERICAN HOME PRODUCTS § <br> CORPORATION d/b/a WYETH, WYETH § <br> LABORATORIES, WYETH-AYERST, § <br> WYETH-AYERST LABORATORIES, § <br> WYETH LEDERLE, WYETHER § <br> LEDERLE VACCINES and LEDERLE § <br> LABORATORIES, ET AL, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. B-03-155 <br><br> JURY |

### ORDER DENYING VACCINE DEFENDANTS'
### RENEWED RULE 12(b) and 12(c) MOTION TO DISMISS

On this day on a regular term of Court came on to be considered Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss ("Motion") in the above-styled and numbered cause. The Court, after a thorough review of the Motion, is of the opinion that the Motion is without merit and should be **DENIED** in its entirety.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss is **DENIED** in its entirety.

**SIGNED** on this ___ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**