IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GUADALUPE VASQUEZ AND JOANN VASQUEZ, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF GUADALUPE VASQUEZ, JR., ET AL., | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION L-03-128 |
| AMERICAN HOME PRODUCTS, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER OF REMAND

Pending before the Court is Plaintiffs' Motion to Remand. (Docket No. 16.) By Order of this date, the Court has GRANTED that motion. Accordingly, this case is REMANDED to the 111th Judicial District Court of Webb County, Texas. Costs of the removal are taxed against the parties incurring same. 28 U.S.C. § 1447(c). A certified copy of this order shall be mailed to the Clerk of the state court.

Done at Laredo, Texas, this 30th day of September, 2004.

George P. Kazen
United States District Judge