UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, Individually and as Next Friend of JEREMIAH S. RAMIREZ, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, et al.,<br><br>Defendants. | C.A. No. M-03-155 |

## ORDER GRANTING ELI LILLY AND COMPANY'S
## <u>RENEWED MOTION TO DISMISS</u>

Having reviewed and considered Defendant Eli Lilly and Company's Renewed Motion to Dismiss and Memorandum in Support Thereof, along with any opposition filed by Plaintiffs, the Court is of the opinion that the motion is well-founded and should be granted. It is, therefore,

ORDERED that Eli Lilly and Company's Renewed Motion to Dismiss is hereby GRANTED; and that Plaintiffs' claims are DISMISSED WITH PREJUDICE as to Eli Lilly and Company.

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
JUDGE PRESIDING

1701138v1