United States District Court
Southern District of Texas
FILED

JUL 28 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor,<br>*Plaintiffs*,<br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES AND LEDERLE LABORATORIES; ABBOTT LABORATORIES, INC.; AMERICAN INTERNATIONAL CHEMICAL, INC.; AVENTIS PASTEUR, INC., INDIVICUALLY and AS SUCCESSOR IN INTEREST TO CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX AND PASTEUR MERIEUX CONNAUGHT; B.F. ASCHER & COMPANY, INC.; EVANS MEDICAL LIMITED; MERCK AND CO., INC.; RPK PHARMACEUTICALS, INC.; DOLDER; ELI LILLY AND COMPANY; SMITHKLINE BEECHAM CORPORATION; ORALIA T. WELLS, M.D., ELOISA T. GONZALEZ, M.D.; and JOHN DOES #1-200, WHO ARE INDIVIDUALS, PROPRIETORSHIPS, CORPORATIONS OR OTHER ENTITIES WHOSE NAMES AND IDENTITIES ARE OTHERWISE UNKNOWN TO PLAINTIFFS,<br><br>*Defendants.* | Civil Action No: B03155 |

### DEFENDANT ORALIA T. WELLS, M.D.'S NOTICE OF REACTIVATION OF DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) & (c)

DEFENDANT ORALIA T. WELLS, M.D.'S NOTICE OF REACTIVATION – PAGE 1
Document #:78641

### DEFENDANT ORALIA T. WELLS, M.D.'S NOTICE OF REACTIVATION OF DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) & (c)

**COMES NOW,** Oralia T. Wells, M.D., a Defendant in the above-entitled and numbered cause, and files this Notice of Reactivation. In support thereof, Defendant would respectfully show the Court as follows:

### I.

Pursuant to this Court's Orders of December 16, 2003 and May 6, 2004, and in light of the recent denial of certiorari in the *Collins* case, Defendant Oralia T. Wells, M.D. respectfully moves to reactivate her Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) and (c). Defendant hereby files under separate cover her renewed Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) and (c) and respectfully requests that the Court now consider Defendant's Renewed Motion to Dismiss on the merits.

Respectfully Submitted,

**STINNETT THIEBAUD & REMINGTON L.L.P.**

By: *[signature]*
**PHILIPA M. REMINGTON**
State Bar No. 16766100
**RUSSELL G. THORNTON**
State Bar No. 19982850

2500 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
(214) 954-2200
(214) 754-0999 (Fax)

**ATTORNEYS FOR DEFENDANT ORALIA T. WELLS, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the _27th_ day of July, 2005, a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record on the attached Service List.

_____
PHILIPA M. REMINGTON