IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 28 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, §§§§<br>Plaintiffs, §<br>v. § | Civil Action No: B03155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES AND LEDERLE LABORATORIES; ABBOTT LABORATORIES, INC.; AMERICAN INTERNATIONAL CHEMICAL, INC.; AVENTIS PASTEUR, INC., INDIVICUALLY and AS SUCCESSOR IN INTEREST TO CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX AND PASTEUR MERIEUX CONNAUGHT; B.F. ASCHER & COMPANY, INC.; EVANS MEDICAL LIMITED; MERCK AND CO., INC.; RPK PHARMACEUTICALS, INC.; DOLDER; ELI LILLY AND COMPANY; SMITHKLINE BEECHAM CORPORATION; ORALIA T. WELLS, M.D., ELOISA T. GONZALEZ, M.D.; and JOHN DOES #1-200, WHO ARE INDIVIDUALS, PROPRIETORSHIPS, CORPORATIONS OR OTHER ENTITIES WHOSE NAMES AND IDENTITIES ARE OTHERWISE UNKNOWN TO PLAINTIFFS,<br>Defendants. | |

**DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS
UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) AND (c)**

DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER
FEDERAL RULES OF CIVIL PROCEDURE 12(b) & (c) – PAGE 1

## DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) AND (c)

**COMES NOW,** Oralia T. Wells, M.D., a Defendant in the above-entitled and numbered cause, and files this Renewed Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) and (c), and in support thereof would respectfully show the Court as follows:

### I.

Pursuant to Federal Rules of Civil Procedure 12(b) and (c), Defendant Oralia T. Wells, M.D. moves for dismissal of the claims asserted against her in this matter. Plaintiffs, Veronica Ramirez, Individually and as Next Friend of Jeremiah S. Ramirez, a minor, assert claims against Defendant. (*See* Plaintiffs' Original Petition, page 8, ¶ 3.13). Defendant previously moved for dismissal of Plaintiffs' claims under Federal Rules of Civil Procedure 12(b) & (c) on October 6, 2003. (*See* Docket #23, 24). Pursuant to the Court's orders of December 16, 2003 and May 6, 2004, however, all proceedings in this case were temporarily stayed pending the issuance of mandate by the Fifth Circuit Court of Appeals in *Collins v. American Home Products Corp*, 343 F.3d 765 (5th Cir. 2003). (*See* Docket #63). During the stay, the Court denied Defendant's Motion to Dismiss without prejudice for purposes of internal docket management. (*See* Docket #72).

Recently, the United States Supreme Court denied certiorari in *Collins*. *See Collins*, 125 S. Ct. 1823. Accordingly, pursuant to the Court's order of May 6, 2004, Defendant files this Renewed Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) & (c). (*See* Docket #72).

## II.

Pursuant to Federal Rules of Civil Procedure 12(b) and (c), Defendant Oralia T. Wells, M.D. seeks dismissal of Plaintiffs' claims, in their entirety, on the basis that Plaintiffs have not exhausted the mandatory procedures set forth in the National Childhood Vaccine Injury Compensation Act ("Vaccine Act"). 42 U.S.C., Sections 300aa-1 *et seq*. Additionally and alternatively, Defendant Oralia T. Wells, M.D. seeks dismissal of Plaintiffs' claims against Defendant for: (1) strict liability-design defect; (2) strict liability-marketing defect; (3) breach of implied warranty; (4) negligence in failing to conform to pharmaceutical industry standards; (5) violation of the Texas Deceptive Trade Practices Act, and; (6) assault, for the reason that these are not cognizable claims under Texas law against a healthcare provider such as Defendant. Further, Plaintiffs Jeremiah Ramirez and Veronica Ramirez's respective claims for damages are improper and should be dismissed. For these reasons, as more fully set forth in Defendant's Brief in Support of their Motion to Dismiss Under Rules 12(b) and (c) of the Federal Rules of Civil Procedure, the Court should dismiss Plaintiffs' Complaint against Defendant.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, Oralia T. Wells, M.D. respectfully requests that her Renewed Motion to Dismiss be granted, that Plaintiffs' claims against her be dismissed under Rules 12(b) and (c) of the Federal Rules of Civil Procedure, and for such other and further relief, both at law and in equity, to which she may show herself justly entitled to receive.

Respectfully Submitted,

STINNETT THIEBAUD & REMINGTON L.L.P.

By: *[signature]*
PHILIP M. REMINGTON
State Bar No. 16766100
RUSSELL G. THORNTON
State Bar No. 19982850

2500 Fountain Place
1445 Ross Avenue
Dallas, Texas  75202
(214) 954-2200
(214) 754-0999 (Fax)

**ATTORNEYS FOR DEFENDANT
ORALIA T. WELLS, M.D.**

Case 1:03-cv-00155   Document 85   Filed in TXSD on 07/28/2005   Page 4 of 5

**DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) & (c) – PAGE 4**

## CERTIFICATE OF SERVICE

I hereby certify that on this the __27th__ day of July, 2005, a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record on the attached Service List.

_/s/ Philipa M. Remington_<br>
PHILIPA M. REMINGTON

Case 1:03-cv-00155   Document 85   Filed in TXSD on 07/28/2005   Page 5 of 5

**DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) & (c) – PAGE 5**