IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor,<br>*Plaintiffs,*<br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, ORALIA T. WELLS, M.D., et. al.,<br><br>*Defendants.* | Civil Action No: B03155 |

### ORDER GRANTING DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b) AND (c)

On this day, on a regular term of Court, came on to be considered Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) And (c) in the above-styled and numbered cause. The Court, after a thorough review of the Motion and Brief in Support, Plaintiffs' response, the pleadings on file, and the applicable statutory and common law authority, is of the opinion that the Motion is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss Under Federal Rules of Civil Procedure 12(b) And (c) is hereby **GRANTED** in its entirety. It is further ordered that all claims brought against Defendant Oralia T. Wells, M.D. by Plaintiff Veronica Ramirez, individually and as next friend of Jeremiah S. Ramirez, a minor, are hereby **DISMISSED** with prejudice.

**SIGNED** on this _____ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**