IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-155<br><br>JURY |

## ORDER DENYING ELI LILLY AND COMPANY'S RENEWED MOTION TO DISMISS

On this day on a regular term of Court came on to be considered Eli Lilly and Company's Renewed Motion to Dismiss ("Motion") in the above-styled and numbered cause. The Court, after a thorough review of the Motion, is of the opinion that the Motion is without merit and should be **DENIED** in its entirety.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Eli Lilly and Company's Renewed Motion to Dismiss is **DENIED** in its entirety.

**SIGNED** on this ___ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**