IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and As Next Friend of JEREMIAH S. RAMIREZ, a minor | § § § § | |
| VS. | § § | CIVIL ACTION NO. 03-CV-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH; et al. | § § § § | |

### RULE 41 STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs VERONICA RAMIREZ, Individually and As Next Friend of JEREMIAH S. RAMIREZ, a minor hereby dismiss without prejudice all claims and causes of action asserted against defendant B.F. ASCHER & COMPANY, INC. only in this case. All parties who have appeared in the action, acting through their attorneys of record, have signed this stipulation of dismissal.[1]

IT IS SO STIPULATED.

/s/ Ben C. Martin
_____
Ben C. Martin
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
Attorneys for Plaintiffs

/s/ Mitchell C. Chaney
_____
Mitchell C. Chaney
Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Attorneys for B.F. Ascher & Company, Inc.

---

[1] Defendant Evans Medical Limited ("Evans") has not been served in this action. Counsel's execution of this Stipulation of Dismissal is for the limited purposes of consenting to the dismissal of this action as against B.F. Ascher and does not constitute an appearance by Evans in this matter.

/s/ Richard L. Josephson (with permission)
_____
Richard L. Josephson
Paul Reichert Elliott
Douglas B. Roberson
Baker & Botts
One Shell Plaza
910 Louisiana, Suite 3000
Houston, Texas 77002-9934
Attorneys for Defendants Abbott Laboratories, Inc.

/s/ Michael R. Klatt (with permission)
_____
Michael R. Klatt
Clark Thomas & Winters
Post Office Box 1148
Austin, Texas 78767
Attorneys for Defendant Wyeth (f/k/a American Home Products Corporation)

/s/ Bradley S. Wolff (with permission)
_____
Bradley S. Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309-3238
Attorneys for Defendant Aventis Pasteur, Inc.

/s/ James L. Ray (with permission)
_____
James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
Attorneys for Defendant American International Chemical, Inc

/s/ Richard L. Josephson (with permission)
_____
Richard L. Josephson
Paul Reichert Elliott
Douglas B. Roberson
Baker & Botts
One Shell Plaza
910 Louisiana, Suite 3000
Houston, Texas 77002-9934
Attorneys for Defendant Merck and Company, Inc.

/s/ Peter C. Neger (with permission)
_____
Peter C. Neger
Amy DePippo
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
Attorneys for Defendant Evans Medical Limited

/s/ Jeffrey S. Wolff (with permission)
_____
Jeffrey S. Wolff
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Attorneys for Defendant SmithKline Beecham Corporation

/s/ M. Scott Michelman (with permission)
_____
M. Scott Michelman
Shook, Hardy & Bacon
Chase Tower, Suite 1600
600 Travis Street
Houston, Texas 77002-2911
Attorneys for Defendant Eli Lilly and Company

/s/ Philipa Marie Remington (with permission)  /s/ Sidney L. Murphy (with permission)
_____  _____
Philipa Marie Remington  Sidney L. Murphy
Stinnett Thiebaud  Law Office of Joel J. Steed
1445 Ross Avenue, Suite 4800  5910 N. Central Expressway, Suite 650
Dallas, Texas 75202  Dallas, Texas 75206
Attorneys for Defendant Oralia T. Wells, M.D.  Attorneys for Eloisa T. Gonzalez, M.D.