

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**



United States District Court
Southern District of Texas
FILED

AUG 1 7 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, §<br>§<br>§<br>§<br>*Plaintiff,* §<br>§<br>**v.** §<br>§<br>**AMERICAN HOME PRODUCTS** §<br>**CORPORATION d/b/a WYETH, WYETH** §<br>**LABORATORIES, WYETH-AYERST,** §<br>**WYETH-AYERST LABORATORIES,** §<br>**WYETH LEDERLE, WYETHER** §<br>**LEDERLE VACCINES and LEDERLE** §<br>**LABORATORIES, ET AL,** §<br>§<br>*Defendants.* § | **CIVIL ACTION NO. B-03-155**<br><br>**JURY** |

**PLAINTIFF'S RESPONSE TO DEFENDANT ORALIA T. WELLS, M.D.'S
RENEWED MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL
PROCEDURE 12(B) AND 12(C)**

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF

JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") in the above-styled action and files this

her Response to Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss under Federal

Rules of Civil Procedure 12(b) and 12(c). In support of this Response, Plaintiff would

respectfully show the Court the following:

      1.     The renewed motion to dismiss filed by Defendant Oralia T. Wells, M.D.

("Moving Defendant") essentially reiterates the arguments asserted in her previously filed motion

to dismiss and the respective motions to dismiss filed by the manufacturer defendants. Moving

Defendant does not assert any new or original grounds in her renewed motion to dismiss separate

and apart from those previously asserted by her and/or the manufacturer defendants. Specifically, Moving Defendant adds no new arguments, authorities or grounds for dismissal that are separate or additional to those asserted in the other previously filed dismissal motions.

2.     Plaintiff has fully addressed the arguments raised by the Moving Defendant in her response to the motions to dismiss previous filed by the Moving Defendant and other defendants herein. As such, Plaintiff respectfully directs the Court's attention to, and incorporates by reference, the briefing contained in "Plaintiff's Response to the Motion to Dismiss Filed by Defendant Oralia T. Wells, M.D." and the more recently filed " Plaintiff's Response to Vaccine Defendants Renewed Rule 12(b) and 12(c) Motion to Dismiss" on file in this Civil Action. Plaintiff further incorporates by reference all arguments, authorities, representations and requests for relief contained in her previously filed responses (and any other relevant responsive filings) which apply to Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss.

3.     For all the reasons set forth in her previously filed Motion to Remand and other responses herein, Plaintiff respectfully requests that the Court remand this case to its proper state court forum and, in the alternative, deny Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss and all other motions to dismiss filed herein. Plaintiff further requests any and all other relief to which she may be justly entitled.

Respectfully Submitted,

William F. Blankenship III
Texas Bar No. 90001483
Federal I.D. No. 34097
Attorney In Charge
**WILLIAM F. BLANKENSHIP III, P.C.**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614  Telephone
(214) 744-7590  Facsimile

Of counsel:
Ben C. Martin
Texas Bar No. 13052400
Federal I.D. No. 34150
**LAW OFFICES OF BEN C. MARTIN, L.L.P.**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614  Telephone
(214) 744-7590  Facsimile

Tim Goss
Texas Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, L.L.P.**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610  Telephone
(214) 744-6611  Facsimile

## CERTIFICATE OF SERVICE

This is to certify that on this the 16th day of August, 2005, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

William F. Blankenship III