IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-155<br><br>JURY |

## ORDER DENYING DEFENDANT ORALIA T. WELLS, M.D.'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B) AND 12(C)

On this day on a regular term of Court came on to be considered Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss under Federal Rules of Civil Procedure 12(b) and 12(c) ("Motion") in the above-styled and numbered cause. The Court, after a thorough review of the Motion, is of the opinion that the Motion is without merit and should be **DENIED** in its entirety.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant Oralia T. Wells, M.D.'s Renewed Motion to Dismiss under Federal Rules of Civil Procedure 12(b) and 12(c) is **DENIED** in its entirety.

**SIGNED** on this ___ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**