

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY §<br>and AS NEXT FRIEND OF §<br>JEREMIAH S. RAMIREZ, a minor, §<br> §<br>*Plaintiff,* §<br> §<br>v. §<br> §<br>AMERICAN HOME PRODUCTS §<br>CORPORATION d/b/a WYETH, WYETH §<br>LABORATORIES, WYETH-AYERST, §<br>WYETH-AYERST LABORATORIES, §<br>WYETH LEDERLE, WYETHER §<br>LEDERLE VACCINES and LEDERLE §<br>LABORATORIES, ET AL, §<br> §<br>*Defendants.* § | CIVIL ACTION NO. B-03-155<br><br>JURY |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF

JEREMIAH S. RAMIREZ, A MINOR, Plaintiff ("Plaintiff") in the above styled action and submits

this Notice of Supplemental Authority in support of her Motion to Remand and would show the

Court as follows:

I.  The Honorable Janis Graham Jack of the United States District Court for the
    Southern District of Texas, Corpus Christi Division, has Granted a Motion to
    Remand in a Thimerasol Case Involving the Identical Arguments and Substantive
    Facts as in the Case at Bar.

On August 11, 2005, the United States District Court for the Southern District of Texas,

Corpus Christi Division, entered its "Order of Remand" remanding a Thimerasol case in which

the defendants advanced the identical fraudulent joinder arguments that are used in this case. *See*

*Amanda W. Saile, et al. v. American Home Products d/b/a Wyeth, et al.,* <u>Order of Remand</u>, Civil Action No. C-03-336 (S.D. Tex. Aug. 11, 2005) (A copy of which is attached hereto as Exhibit "A" and incorporated fully by reference). *Saile* involved the same counsel and a number of the same defendants as the case at bar.[1] In granting Plaintiff's Motion to Remand, Judge Jack considered Plaintiff's subsequent affidavits along with the Petition to come to the conclusion that "[t]aken together, these allegations are somewhat conclusory, but they are substantially more detailed than those deemed insufficient to defeat a call of improper joinder in the case relied upon by Merck." *See* Exhibit "A" at page 7.

## II.   Conclusion.

The same conclusion is warranted in this case for the same reason set forth in the *Saile* case - Plaintiff has sufficiently plead cognizable claims against all Defendants and Defendants have not met their high burden in establishing that the non-diverse physician defendants were fraudulently joined. As a result, this Court has no jurisdiction in this case. Therefore, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Remand and remand this cause to the Texas state court from which it was improvidently removed.

---

[1]   To date, five (5) federal courts sitting in Texas have remanded nearly identical cases involving Plaintiff's counsel and substantively similar issues and pleadings. *See Saile, supra; Jesus G. Salinas, et al. v. American Home Products Corp., et al.,* <u>Order of Remand</u>, Civil Action No. 03-CV-195 (S.D. Tex. March 24, 2005); *Guadalupe Vasquez, et al. v. American Home Products, et al.,* <u>Memorandum and Order</u>, Civil Action No. L-03-128 (S.D. Tex. Sep. 30, 2004); *James Douglas, et al. v. American Home Products Corp., et al.,* <u>Memorandum Opinion Adopting Report and Recommendation and Granting Plaintiffs' Motion to Remand</u>, Civil Action No. EP-03-CA-362-PRM (W.D. Tex. March 31, 2004); *Lilly Martinez Davila, et al. v. American Home Products Corp., et al.,* <u>Order</u>, Civil Action No. EP-03-CA-279KC (W.D. Tex. Jan. 30, 2004), *adhered to on rehearing,* <u>Order</u>, Civil Action No. EP-03-CA-279KC (W.D. Tex. Feb 23, 2004).

Respectfully Submitted,

_[signature]_

William F. Blankenship III
Texas Bar No. 90001483
Federal I.D. No. 34097
Attorney In Charge
**WILLIAM F. BLANKENSHIP III, P.C.**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614  Telephone
(214) 744-7590  Facsimile

Of counsel:
Ben C. Martin
Texas Bar No. 13052400
Federal I.D. No. 34150
**LAW OFFICES OF BEN C. MARTIN, L.L.P.**
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
(214) 761-6614  Telephone
(214) 744-7590  Facsimile

Tim Goss
Texas Bar No. 08222660
Federal I.D. No. 14730
**CAPSHAW, GOSS & BOWERS, L.L.P.**
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610  Telephone
(214) 744-6611  Facsimile

**CERTIFICATE OF SERVICE**

This is to certify that on this the 17 day of August, 2005, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

William F. Blankenship III