# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Amy DePippo
Bingham McCutchen LLP
885 Third Ave
New York NY 10022

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 2 6 2005

MICHAEL N. MILBY, CLERK OF COURT

Case: 1:03-cv-00155   Instrument: 92   (17 pages)
Date: Sep 16, 2005
Control: 050924143
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.
Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing.
and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS





Hasler