IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and as Next Friend of Jeremiah Ramirez, a minor<br>　　　　Plaintiffs<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, ET AL.<br>　　　　Defendants | § § § § § § § § § § § | CIVIL ACTION No. B-03-155 |

## ORDER

BE IT REMEMBERED that on August 16, 2006, the Court **ORDERED** the parties to submit a status report by September 5, 2006. At this time, the case remains stayed pending a decision by the Vaccine Court. Dkt. No. 92.

DONE this 16th day of August, 2006, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge