UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, Individually and A/N/F of JEREMIAH S. RAMIREZ, a Minor,<br>　　　　Plaintiffs,<br><br>VS.<br><br><br>AMERICAN HOME PRODUCTS CORPORATION, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. B-03-155 |

## JOINT STATUS REPORT

Pursuant to the Court's August 16, 2006 Order, Plaintiff Veronica Ramirez, Individually and as next friend of Jeremiah S. Ramirez, and Defendant Eli Lilly and Company ("Lilly") file this Joint Status Report.

This is a case in which Plaintiff alleges injuries caused by thimerosal in vaccines. On September 16, 2005, the Court entered an order dismissing from the case all defendants except Lilly, and dismissing some—but not all—claims against Lilly. The Court's order then stayed Plaintiffs' remaining claims pending a decision from the Vaccine Court.

Since the time of that order Plaintiff has dismissed and re-filed the minor child's claims in Vaccine Court. A Vaccine Court decision is not expected before 2007.

No additional activity has taken place in this case.

222432v2

                Respectfully submitted,

By: _/s/ M. Scott Michelman_
      M. SCOTT MICHELMAN
      Attorney-in-Charge
      State Bar No. 00797075
      So. Dist. of TX ID No. 20802
      SHOOK, HARDY & BACON, L.L.P.
      JPMorgan Chase Tower
      600 Travis, Suite 1600
      Houston, TX 77002-2911
      Telephone: 713/227-8008
      Telefax: 713/227-9508

      ATTORNEYS FOR DEFENDANT,
      ELI LILLY AND COMPANY

**OF COUNSEL:**

LORI MCGRODER
MICAH HOBBS
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone: 816/474-6550
Telefax: 816/421-5547

By: _/s/ William F. Blankenship, III_
      WILLIAM F. BLANKENSHIP, III
      Attorney-in-Charge
      State Bar No. 90001483
      So. Dist. of TX ID No. 34097
      WILLIAM F. BLANKENSHIP III, P.C.
      8117 Preston Road, Suite 300
      Dallas, TX 75225
      Telephone: 214/706-9220
      Telefax: 214/706-9221

      ATTORNEY FOR PLAINTIFFS,
      VERONICA RAMIREZ, INDIVIDUALLY
      AND A/N/F OF JEREMIAH S. RAMIREZ,
      A MINOR

222432v2

OF COUNSEL:

BEN C. MARTIN
SBN: 13052400
So. Dist. of TX ID No. 34150
LAW OFFICE OF BEN C. MARTIN
2100 McKinney Avenue, Suite 1975
Dallas, TX   75201
Telephone:   214/761-6614
Telefax:        214/744-7590

TIM K. GOSS
SBN: 08222660
So. Dist. of TX ID No. 14730
CAPSHAW, GOSS & BOWERS
3031 Allen Street, Suite 200
Dallas, TX   75204
Telephone:   214/761-6610
Telefax:        214/744-6611

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing has been served on all counsel of record listed below in accordance with the Federal Rules of Civil Procedure on this the 1st day of September 2006:

William F. Blankenship, III
WILLIAM F. BLANKENSHIP III, P.C.
8117 Preston Road, Suite 300
Dallas, TX  75225
*and*
Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
2100 McKinney Avenue, Suite 1975
Dallas, TX  75201
*and*
Tim K. Goss
CAPSHAW, GOSS & BOWERS
3031 Allen Street, Suite 200
Dallas, TX  75204

*Attorneys for Plaintiffs*

                                                 */s/ M. Scott Michelman*
                                                 M. SCOTT MICHELMAN

222432v2