# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208



UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 7 2006

MICHAEL N. MILBY, CLERK OF COURT

www.txs.uscourts.gov

Amy DePippo
Bingham McCutchen LLP
885 Third Ave
New York NY 10022

---

Case: 1:03-cv-00155   Instrument: 94   (1 pages)   aty
Date: Aug 16, 2006
Control: 060822797
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
        and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
        and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

MICHAEL N. MILBY, CLERK OF COURT
SEP 7 2006

HOUSTON TX

NIXIE       100    1         00  09/05/06
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 77208101010      *2433-08193-17-37

Hasler
$00.390
Mailed From 77002
US POSTAGE