IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, INDIVIDUALLY and AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, a minor, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. B-03-155 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETHER LEDERLE VACCINES and LEDERLE LABORATORIES, ET AL, | § § § § § § § § | JURY |
| *Defendants.* | § | |

## RULE 41 STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**COMES NOW VERONICA RAMIREZ, INDIVIDUALLY AND AS NEXT FRIEND OF JEREMIAH S. RAMIREZ, A MINOR,** Plaintiff ("Plaintiff") in the above styled and numbered civil action and files this her Rule 41 Stipulation of Dismissal and in support respectfully show the Court as follows:

### I.

It is hereby stipulated by the parties hereto that the remaining claims of Plaintiffs are dismissed without prejudice against all of the Defendants, with each party bearing their own costs.

### II.

All parties who have appeared in this action, acting through their attorneys of record, have signed this stipulation of dismissal.

IT IS SO STIPULATED:

s/Ben C. Martin

------------------------------------------------

Ben C. Martin
State Bar No. 13052400
Law Offices of Ben C. Martin
2100 McKinney Avenue, Suite 1975
Dallas, Texas 75201
Attorney for Plaintiffs


s/Michael R. Klatt (with permission)

------------------------------------------------

Michael R. Klatt
State Bar No. 11554200
Clark, Thomas & Winters
P. O. Box 1148
Austin, Texas 78767
Attorney for Wyeth (f/k/a American Home Products Corporation)


s/Richard L. Josephson (with permission)

------------------------------------------------

Richard L. Josephson
State Bar No. 11031500
Baker & Botts
910 Louisiana, Suite 3000
Houston, Texas 77002-9934
Attorney for Abbott Laboratories, Inc. and Merck and Co., Inc.

s/James L. Ray (with permission)

------------------------------------------------

James L. Ray
State Bar No. 16604250
Daw & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
Attorney for American International Chemical, Inc.

**RULE 41 STIPULATION OF DISMISSAL**                                                                 **Page 2**

s/Brad Wolff (with permission)
_____
Brad Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE Suite 300
Atlanta, Georgia 30309
Attorney for Sanofi Pasteur, Inc. (f/k/a Aventis Pasteur, Inc.)


s/Mitchell C. Chaney (with permission)
_____
Mitchell C. Chaney
State Bar No. 04107500
Rodriguez, Colvin, Chaney & Saenz
1201 East Van Buren
Brownsville, Texas 78522
Attorney for B.F. Ascher & Company, Inc.


s/Gene M. Williams (with permission)
_____
Gene M. Williams
State Bar No. 21535300
Shook, Hardy & Bacon
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
Attorney for Eli Lilly and Company


s/Jeffrey S. Wolff (with permission)
_____
Jeffrey S. Wolff
State Bar No. 21865900
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Attorney for Smithkline Beecham Corporation

s/Philipa M. Remington (with permission)
_____
Philipa M. Remington
State Bar No. 16766100
Stinnett, Thiebaud & Remington
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202-2701
Attorney for Oralia T. Wells, M.D.


s/Joel J. Steed (with permission)
_____
Joel J. Steed
State Bar No. 19098000
STEED FLAGG, L.L.P.
One Horizon Ridge
1010 West Ralph Hall Parkway, Second Floor
Rockwell, TX 75032
Attorney for Eloisa T. Gonzales, M.D.